----------------------------------------------------------------

PRELIMINARY EXPERT REPORT AND INVESTIGATION REGARDING THE SONG
"ALGO DIFERENTE" ORIGINALLY COMPOSED BY RENÉ LORENTE AND
ALLEGEDLY PLAGIARIZED IN THE SONG "DON'T BE SHY" BY MEGA-ARTISTS
TIËSTO, KAROL G, AND ATLANTIC RECORDING CORPORATION, COPYRIGHT
INFRINGEMENT, VIOLATION OF COPYRIGHT RIGHTS, MORAL RIGHTS, AND
ECONOMIC RIGHTS UNDER TITLE 17 OF THE COPYRIGHT ACT.

----------------------------------------------------------------

René Lorente García a/k/a René Lorente et al
Plaintiffs,
v
Tijs Michiel Verwest a/k/a Tiësto
Carolina Giraldo Navarro a/k/a Karol G
a/k/a La Bichota,
Yoshi L H Breen,
Teemu William Brunila,
Jonas David Kroper a/k/a Jonasu,
Musical Freedom Publishing, Musical Freedom Publishing
c/o Kobalt Songs Music Publishing,
Karol G Music Production Publishing,
Karol G Music Production Publishing
c/o Songs of Kobalt Music Publishing.,
Strengholt Music Publishing BV
c/o BMG Platinum Songs US, BMG Platinum Songs US,
SONY Music Publishing BV
c/o SONY/ATV Tunes LLC.,
SONY Music Publishing UK Limited
c/o SONY/ATV Tunes LLC.,
Atlantic Records, Atlantic Recording Corporation,
Musical Freedom Records,
Musical Freedom, LLC.
c/o Atlantic Recording Corporation. et al.
Defendants

----------------------------------------------------------------

Conducted during the months of July and August of 2023
and concluded on TUESDAY, August 22, 2023 by:
Richie Viera (Expert in Entertainment Law Cases, Musicologist,
Copyright Specialist)

----------------------------------------------------------------



# RICHIE VIERA

*a single name for everything you need in
the music and entertainment industry"*

**MUSIC AND ENTERTAINMENT INDUSTRY WITNESS
EXPERT IN DAMAGE CASES IN THE ENTERTAINMENT INDUSTRY
IN MORAL RIGHTS, AUTHORAL RIGHTS, COPYRIGHT INFRINGEMENT
REGISTRATION OF TRADEMARKS
IN SUPERIOR COURT OF PUERTO RICO
U.S. FEDERAL DISTRICT COURT OF PUERTO RICO
UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK & BOSTON
ARTS & CULTURE CONSULTANT, WRITER, TV AND RADIO HOST PRODUCER,
MUSICOLOGIST,
RECORDS VINYL EXPERT, HISTORIAN, SEMINARIST,
AGENT & ARTIST AND ORCHESTRAS MANAGER,
RECORD PRODUCER, NATIONAL AND INTERNATIONAL ENTERTAINMENT
PRODUCER ,
EXPERT MAKING COMPILATIONS OF RECORDINGS
AND STORIES, RE-EDITING CLASSIC AND HISTORICAL
RECORDINGS OF HISTORICAL COMPANIES IN VINYL BOX SET
AND DELUXE CDS
SOUND ENGINEERING AND MASTERING**

**PO Box 364632, San Juan, Puerto Rico 00936-4632
Tel. (787) 261-2569 | Cel. (787) 679-0830
E-Mail – richieviera@gmail.com | Web Page – www.richieviera.com
Facebook - Richie Viera | Twitter - @richieviera | Skype ID - richie.viera**
------------------------------------------------------------------

2

----------------------------------------------------------------

PRELIMINARY EXPERT REPORT AND INVESTIGATION REGARDING THE SONG
"ALGO DIFERENTE" ORIGINALLY COMPOSED BY RENÉ LORENTE AND
ALLEGEDLY PLAGIARIZED IN THE SONG "DON'T BE SHY" BY MEGA-ARTISTS
TIËSTO, KAROL G, AND ATLANTIC RECORDING CORPORATION, COPYRIGHT
INFRINGEMENT, VIOLATION OF COPYRIGHT RIGHTS, MORAL RIGHTS, AND
ECONOMIC RIGHTS UNDER TITLE 17 OF THE COPYRIGHT ACT.

----------------------------------------------------------------

René Lorente García a/k/a René Lorente et al
Plaintiffs,
v
Tijs Michiel Verwest a/k/a Tiësto
Carolina Giraldo Navarro a/k/a Karol G
a/k/a La Bichota,
Yoshi L H Breen,
Teemu William Brunila,
Jonas David Kroper a/k/a Jonasu,
Musical Freedom Publishing, Musical Freedom Publishing
c/o Kobalt Songs Music Publishing,
Karol G Music Production Publishing,
Karol G Music Production Publishing
c/o Songs of Kobalt Music Publishing.,
Strengholt Music Publishing BV
c/o BMG Platinum Songs US, BMG Platinum Songs US,
SONY Music Publishing BV
c/o SONY/ATV Tunes LLC.,
SONY Music Publishing UK Limited
c/o SONY/ATV Tunes LLC.,
Atlantic Records, Atlantic Recording Corporation,
Musical Freedom Records,
Musical Freedom, LLC.
c/o Atlantic Recording Corporation. et al.
Defendants

----------------------------------------------------------------

Conducted during the months of July and August of 2023
and concluded on TUESDAY, August 22, 2023 by:
Richie Viera (Expert in Entertainment Law Cases, Musicologist,
Copyright Specialist)

----------------------------------------------------------------

## I. INTRODUCTION

Renowned artist, musician, composer, and arranger Professor René Lorente García has engaged our professional services as Experts in the Entertainment Industry to conduct a Report and Expert Investigation concerning allegations of Plagiarism, Copyright Infringement, and Damages raised in the federal lawsuit; René Lorente García a/k/a René Lorente et al. v Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu, Musical Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs Music Publishing, Karol G Music Production Publishing, Karol G Music Production Publishing c/o Songs of Kobalt Music Publishing., Strengholt Music Publishing BV c/o BMG Platinum Songs US, BMG Platinum Songs US., SONY Music Publishing BV. c/o SONY/ATV Tunes LLC., SONY Music Publishing UK Limited c/o SONY/ATV Tunes LLC., Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC. c/o Atlantic Recording Corporation., et al., filed in August 2023 in the United States District Court for the District of Puerto Rico.

The purpose of this report is to assess the allegations made by the original composer of the musical composition titled "Algo Diferente," René Lorente, in relation to plagiarism, violation of copyright rights, violation of moral rights, violation of economic rights, unauthorized use, and other infringements associated with the alleged plagiarism in the song "Don't Be Shy."

In response to the request, a comprehensive analysis of the plagiarism claims and other copyright-related violations concerning the song "Don't Be Shy," globally published and popularized by artists Tiësto and Karol G, in collaboration with the record label Atlantic Recording Corporation, has been conducted.

## II. FINDINGS AND EVALUATION:

Following an in-depth analysis of the presented allegations and a detailed comparison between the songs "Algo Diferente" composed by René Lorente and popularized by the artist and musician René Lorente, and "Don't Be Shy" by alleged composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu, and performed by mega

4

artists Tiësto and Karol G, released and distributed globally in physical, video, and digital formats by the multinational company Atlantic Recording Corporation, the following findings have been identified:

[a] The original composition "Algo Diferente," also known as "Emociones," was created twenty-five (25) years ago, specifically in the year 1998, and is 100% authored by the renowned artist, musician, composer, and arranger Professor René Lorente García.

[b] The composition titled "Algo Diferente" was registered with the United States Copyright Office on May 30, 2000, where the Register of Copyrights, Marybeth Peters, affixed the official seal of the Copyright Office of the United States Library of Congress and signed the Certification of Registration, assigning it the official registration number; Pau 2-496-298.


**See : CERTIFICATE OF REGISTRATION**

| Work | : | "ALGO DIFERENTE" a/k/a EMOCIONES |
| Author | : | René Lorente |
| Number of Registration | : | Pau 2-496-298 |
| Effective Day of Registration | : | May 30, 2000 |



**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA# 2-496-798

EFFECTIVE DATE OF REGISTRATION

3 0 MAY 2000

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
ALGO DIFERENTE

PREVIOUS OR ALTERNATIVE TITLES ▼
EMOCIONES (ALTERNATIVE TITLE)

NATURE OF THIS WORK ▼ See instructions
AUTHORSHIP

**2** **a** NAME OF AUTHOR ▼
RENE LORENTE

DATES OF BIRTH AND DEATH
Year Born ▼ 1948     Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ MIAMI, FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
INSTRUMENTAL MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
N/A

Was this contribution to the work a "work made for hire"?
☐ Yes   N/A
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ N/A
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK   N/A
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
N/A

**c** NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   N/A
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ N/A
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
1998

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   N/A   Day ▶ _____ Year ▶ _____
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
RENE LORENTE
120 SW 76 CT
MIAMI, FL 33144

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N/A

APPLICATION RECEIVED
MAY 11 2000
ONE DEPOSIT RECEIVED
MAY 30 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

6

[c] The composer René Lorente is a member of the United States and Puerto Rico Performing Rights Society; American Society of Composers, Authors and Publishers, known by its acronym as ASCAP, and holds the affiliated composer number; ID 1631767.

```
Name of the Composer          :RENÉ LORENTE
Performance Right Organization :ASCAP
ID Composer Number            :1631767
```

[d] The composition 'Algo Diferente' was registered with the United States and Puerto Rico Performing Rights Society, ASCAP, on March 1, 2006, with the WORD ID # 311836912.

```
Title of the Composition      :ALGO DIFERENTE
Name of the Composer          :RENÉ LORENTE
Percentage of Authorship      :100 %
Performance Right Organization :ASCAP
WORK ID Number                :311836912
```

**PRODUCTION 1 :     ENRIQUE CHIA PRESENTA**
**                   RENÉ LORENTE Y SU FLAUTA CUBANA**
**                   2001**

[e] The composition "Algo Diferente" was included and published in three recorded productions that were manufactured in physical CD format as follows:

[f.1] The record label Begui Records published in the year 2001 the production by artist René Lorente titled: "Enrique Chia presents René Lorente and his Cuban Flute" containing the composition: "Algo Diferente" under the catalog number and selection BRCD-2151-2.

7



[ Art CD Front Cover ]

| | | |
|---|---|---|
| Artist / Orchestra | : | RENÉ LORENTE |
| Title of Production | : | ENRIQUE CHÍA PRESENTA A RENÉ LORENTE Y SU FLAUTA CUBANA |
| Record Company | : | Begui Records |
| Selection Number | : | BR-2151-2 |
| Year of Publication | : | October 9, 2001 |

Songs included in this production :

01. Son de La Loma / A Loma de Belén / Pica Mi Caballo
02. Capullito de Alelí
03. Cha Cha Charanga / La Engañadora / Silver Star / Unión Cienfueguera
04. El Manisero
05. Latin-Swing / Presente y Recuerdos
06. Moonlight Serenade
07. Cachita
08. Cha Cha Charanga : Me Lo Dijo Adela / Rico Vacilón / El Bodeguero
**09. Latin-Swing : Algo Diferente**
10. Son- Cachita Swing : Campanitas de Cristal / Y Tú Que Has Hecho / Ahora Seremos Felices
11. Latin-Swing : Summertime
12. Bonus : La Flauta Mágica ( Solo de Flauta )

**PRODUCTION 2 :**     **RENÉ LORENTE**
                       **MADERA & METAL**
                       **2003**


The song "Algo Diferente" was included and published in three ( 3 ) record productions that were manufactured in CD format, as follows:

The record company Hamelin Records published in the year 2003 the production of the artist René Lorente titled "Madera & Metal" containing the composition "Algo Diferente" under catalog number and selection HR-2702.


[ Art CD Front Cover ]

Artist / Orchestra         :      RENÉ LORENTE
Title of Production        :      MADERA & METAL
Record Company             :      Hamelin Records
Selection Number           :      HR - 2702
Year of Publication        :      2003

Songs included in this production :

**01. Algo Diferente**
02. La Engañadora / Silver Star / Unión Cienfueguera
03. El Manisero
04. Moonlight Serenade
05. Capullito de Alelí
06. Cachita
07. Me Lo Dijo Adela / Rico Vacilón / El Bodeguero
08. Presente y Recuerdos
09. Campanitas de Cristal / Y Tú Que Has Hecho / Ahora Seremos Felices
10. Summertime
11. La Flauta Mágica

**PRODUCTION 3 :**    **RENÉ LORENTE**
                            **ALGO DIFERENTE**
                            **2007**

The song "Algo Diferente" was included and published in three ( 3 ) record productions that were manufactured in CD format, as follows:

The record company Mojito Records published in the year 2007 the production of the artist René Lorente titled "Algo Diferente" containing the composition "Algo Diferente" under catalog number and selection MR-601132



[ Art CD Front Cover ]

Artist / Orchestra       :       RENÉ LORENTE
Title of Production      :       ALGO DIFERENTE
Record Company           :       Mojito Records
Selection Number         :       MR - 601132
Year of Publication      :       2007

Songs included in this production :

**01. Algo Diferente**
02. Love Will Keeps Us Together
03. Presente y Recuerdos
04. Till There Was You
05. Un Danzón para Arcaño
06. Summertime
07. Rosy
08. Moonlight Serenate
09. Me Lo Dijo Adela / Rico Vacilón / El Bodeguero
10. Do That To Me One More Time
11. A Mi Manera
12. Mira A Ver Quien Es
13. Campanitas de Cristal  Y Tu Que Has Hecho / Ahora Seremos Felices
14. Los Marcianos / El Maletero / La Basusa

### III. RENÉ LORENTE [THE MAN AND HIS MUSIC]

René Lorente García is also known as "The Latin Hamelin" and holds several capacities and roles in the music industry, including being a virtuoso performer on the flute (a student during his adolescence and later a colleague of Antonio Arcaño Betancourt "Arcaño," renowned as one of the world's finest flutists). He is the founder of La Maravilla de Arcaño, later known as Arcaño y sus Maravillas, with numerous abilities in music interpretation and creation. He is a composer of numerous musical works and a musical arranger.

René Lorente plays two types of flutes: the 5-key wooden flute, which makes him unique in the world (as very few play the 5-key wooden flute, especially since it is no longer manufactured), and the metal flute.

He served as the substitute flutist for the maestro and director Richard Egues in the Orquesta Aragón de Cuba (an orchestra honored by UNESCO with the Pablo Picasso Medal and declared a UNESCO World Heritage in 2005).

René Lorente is regarded as a virtuoso flute performer. In 1998, he composed and created the composition titled "Algo Diferente," which has become his signature wherever he performs, be it in live shows, television appearances, or private events. "Algo Diferente" is the most significant piece of his artistic career and the one for which he has gained fame.

René Lorente's instrumental and lyrical musical compositions are primarily based on his creative inspiration. He always seeks a danceable "beat" in his creations, guided by the Cuban Clave, which seamlessly fits into various styles such as Pop, House, Latin Jazz, and other genres.

His approach to work has always been defined and 100% original. As an artist and musician, he is known for composing both instrumental and lyrical pieces that are entirely danceable.

**[a] VIDEO FROM THE YEAR 2008**
René Lorente has been interviewed and featured on various
international television programs in the United States and
Puerto Rico, such as the program "Noche de Estrellas" on April
8, 2008, where he performed his major hit, "Algo Diferente."

Program: Noche de Estrellas
Artist: René Lorente
Song: "Algo Diferente"
Published: April 8, 2008



Link :
**https://www.youtube.com/watch?v=tGAjj5MGJPY**


**[b] VIDEO OF THE YEAR 2012**
René Lorente has his own YouTube channel where for over a decade
he has presented and published his compositions and songs,
including his major hit "Algo Diferente" in 2012, performed with
his unique 5-key wooden flute.

René Lorente's YouTube Channel
Artist: René Lorente
Instrument: 5-Key Wooden
Flute Song: "Algo Diferente"
Published: July 12, 2012



Link :
**https://www.youtube.com/watch?v=06WxnTbdgF4**

**[C] COVER AUDIO VIDEO OF THE YEAR 2015**
On March 21, 2015, The Orchard Enterprises released the cover audio of his major hit "Algo Diferente" from the musical production titled "René Lorente 'Algo Diferente'" published by the record label Mojito Records.

Cover Audio on René Lorente's YouTube Channel A
rtist: René Lorente
Song: "Algo Diferente"
Published: March 21, 2015 by The Orchard Enterprises



Link
**https://www.youtube.com/watch?v=-9e6ExvbogA&list=OLAK5uy_lEqw1PvaQLbEAFos-2dD7QafY2HDUjD7A**

## IV. ORIGINALITY OF THE SONG "ALGO DIFERENTE"

The composition titled "Algo Diferente" was created with 100% originality by the artist, musician, composer, and arranger René Lorente in 1998, through the combination of elements such as melody, harmony, and rhythm.

The title "Algo Diferente" confirms that this piece has a distinctive quality, a "beat."

René Lorente is the original and sole author of the work, meaning he is the person who created the musical piece, confirming that it is NOT a copy, imitation, or adaptation of a pre-existing work.

René Lorente's instrumental and lyrical musical compositions are primarily based on his creative inspiration. He always seeks a danceable "beat" in his creations, guided by the Cuban Clave, which seamlessly fits into various styles such as Pop, House, Latin Jazz, and other genres.

His approach to work has always been defined and 100% original. As an artist and musician, he is known for composing both instrumental and lyrical pieces that are entirely danceable.

René Lorente holds various capacities and roles in the music industry, including being a virtuoso performer on the flute (a student during his adolescence and later a colleague of Antonio Arcaño Betancourt "Arcaño," renowned as one of the world's finest flutists). He is the founder of La Maravilla de Arcaño, later known as Arcaño y sus Maravillas, with numerous abilities in music interpretation and creation. He is a composer of numerous musical works and a musical arranger.

He served as the substitute flutist for the maestro and director Richard Egues in the Orquesta Aragón de Cuba (an orchestra honored by UNESCO with the Pablo Picasso Medal and declared a UNESCO World Heritage in 2005).

In 1998, the composition "Algo Diferente" was created: Understanding the chronology of the creation of the composition "Algo Diferente" is crucial. It was composed in 1998, which establishes a significant difference between the year of its creation, 1998, and the alleged plagiarism published under the title "Don't Be Shy" in the year 2021.

When René Lorente composed "Algo Diferente" in 1998, the alleged composers had the following ages and had no intention of being part of the entertainment industry:

Carolina Giraldo Navarro, artistically known as Karol G and La Bichota, was born on February 14, 1991, in Medellin, Colombia. When René Lorente composed "Algo Diferente," the artist known today as Karol G was merely 7 years old and had no inclination to become an artist, let alone a composer.

Teemu William Brunila was born in 1990 in Mannheim, Germany. When René Lorente composed "Algo Diferente," the artist Teemu Brunila was only 8 years old and had no thoughts of becoming an artist or composer.

"Algo Diferente" was created 25 years before "Don't Be Shy" was published.

## V. THE BATTLE FOR ACQUIRING SHARES IN EXTERNAL COMPOSITIONS, A PRE-ESTABLISHED AND ORGANIZED THEFT ON HOW TO ACHIEVE IT

In the urban and reggaeton music movement, there exists a pattern of theft, copyright infringement, and plagiarism carried out solely for economic interests and with an organized agenda to deceive. This is due to the fact that most urban and reggaeton performers are not composers and resort to stealing, violating copyright rights, and plagiarizing well-known songs for various reasons. One of these reasons is to gain the attention of the youth and achieve instant success by exposing the songs to new ears. The proper course of action would be to request permission from the copyright holder to make changes to the lyrics or music for a new version and negotiate a new distribution of royalty percentages (shares). The primary author should retain the majority of the percentage as the composition belongs to them, deciding what share of the royalty division they are willing to grant to the creator of the new version.

This approach is not favored by urban and reggaeton musicians because they view it as an economic disadvantage worth millions of dollars (it's simply not profitable for them). Urban and reggaeton music artists have become millionaires by taking, stealing, and fighting for the acquisition of percentage shares in musical compositions. We frequently observe highly commercial songs becoming global hits, yet these songs lack depth and are characterized by repetitive lyrics. In the song credits, we often see eight (8) to ten (10) authors listed for such compositions, indicating a scramble to acquire a share of the composition, often followed by buying a certain percentage share. This enables them to later reap millions of dollars in author royalties.

Urban and reggaeton music artists follow a rule in their actions: "It's better to ask for forgiveness than to ask for permission." This is how they take, steal, and plagiarize numerous compositions. They have realized that it's economically more lucrative to plagiarize, steal, and infringe on copyright holders' rights. If they were to ask for proper permissions, they would have to negotiate the percentage share they can obtain from the copyright holder. In such cases, the copyright holder, who owns 100% of the composition, might only grant a 5% or 10% share for the new version, retaining 90% of the income.

The urban and reggaeton artists know for certain that it's more profitable to plagiarize, steal, and infringe on copyright holders' rights because composers of plagiarized works must invest thousands of dollars in hiring specialized copyright law attorneys to pursue actions in Federal Court.

The artists committing plagiarism are backed by entertainment legal firms contracted by or associated with multinational record labels. In many cases, the artists and composers involved in plagiarism contribute nothing financially to the legal actions; the record label covers all costs.

These urban and reggaeton music artists, along with multinational record labels, subsequently seek to negotiate an agreement, offering a 5% or 10% share in the pro-rata distribution of percentages (share) for the composition that generated 30 to 40 million dollars. They offer a meager percentage to the original copyright holder in a legal arrangement in Federal Court, effectively leaving the original author with a tiny portion of what should have been millions in gains.

What is happening to authors whose compositions are plagiarized by urban and reggaeton music artists and multinational record labels is an assault, a pre-established and organized plan of theft and fraud with predetermined and divided economic interests. This practice is increasingly becoming a strategy to later argue that a derivative work is inspired by the original composition.

What is currently happening in both state and federal courts is a battle for acquiring shares in external compositions and a pre-established and organized.

## VI. PLAGIARISM OF THE COMPOSITION / SONG "ALGO DIFERENTE":

I have been able to identify a high degree of similarity between key elements of both songs, including melody, harmonic structure, and rhythmic patterns. This unequivocally confirms the presence of plagiarism in terms of musical composition. [a] Technical Considerations of Similarities and Differences Between Both Songs. Every mind is unique, and similarly, the experience of listening to music is influenced by each individual's essence. When analyzing the process of listening to these two songs with the same musical idea, we can divide it, so to speak, into its constituent parts, which we could label as follows:

1- Rhythmic Plane
2- Harmonic Plane
3- Melodic Plane

Upon analyzing these musical fragments, we can unmistakably observe a great similarity between the two. It must be clearly stated that in the realm of the arts, "coincidences" are highly improbable.

There are various ways in which a musical idea reaches a composer, including divine inspiration, the muse, lyrics inspired by emotions, and melodies inspired by feelings. When inspiration arrives, it is unique, personal, and irreplaceable in its form, content, and melody.

From this, we assert that any similarity that arises in its entirety is simply plagiarism, a copy, theft, usurpation of the rights of the copyright holder, or a violation of copyright.

## 1. [Rhythmic Plane]

When we begin our investigation into the [Rhythmic Plane] using the first eight (8) measures, it becomes immediately evident that the [Rhythmic Pattern] in both themes, i.e., "Algo Diferente" and "Don't Be Shy," is unquestionably the same.

The [Rhythmic Pattern] is so clear that we certify that no element leads us to even consider the possibility of any slight variation or difference between them.

Take note that the placement of rhythmic figures within the musical staff and the duration of each figure's metric value are exactly the same in both the original and the copy. In this eight-measure musical staff, which constitutes a cyclic pattern,

there is a (1) whole note rest followed by five (5) figures in
the following order:

[Whole note rest, quarter note, quarter note, whole note, dotted
quarter note, and eighth note], and these figures repeat several
times.



The harmony, compared to rhythm and melody, is the most artful
of those three musical elements.

## 2. [Harmonic Plane]

When we analyze the [Harmonic Plane], the harmonic cycle or
progression of these eight (8) measures, the progression of
chords by perfect fourth intervals is very noticeable (quite
common in music in general), situated every 2 measures, with a
major third interval breaking that continuity at the end of the
cycle. In this particular case, we observe the same harmonic
cycle, including the major and minor modalities of its chords,
in a different key or tonal center, used in both themes.



A: Algo Diferente



B: Don't be shy

## 3. [Melodic Plane]

In the [Melodic Plane], a theme or a musical idea, after all, is nothing more than a succession of notes called a melody, which will reveal its nature. By merely changing the execution dynamics, one can alter the emotion conveyed by the same succession of notes.

A change in harmony can infuse new vigor into the theme, and with a different rhythmic treatment, the same notes can shift from one style to another. However, if the melody or sequence of notes remains in its original state without significant alterations and is used for another musical theme under a different title, then we are facing a copy or plagiarism of a previously composed work.

Here we encounter two (2) distinct themes which, within their formal structure or song divisions (e.g., Verse-Chorus structure), share the same eight (8) measure melody, in this case, in the chorus of the song.

**[What Can We Observe Differently Between Them?]**

In measure #2 of theme B: "DON'T BE SHY," the composer employs an ascending major third interval on the third beat, as opposed to the descending minor third interval on the third beat of theme A: "ALGO DIFERENTE." A slight directional alteration of the note succession can change the expressive color of the melody but not its essential nature.

In measure #6 of theme B, in its last eighth note, a succession of six notes starts in the same descending direction as theme A, but here (theme B), the note sequence begins on the sixth degree of the chord in that measure #6 (A major), while in theme A, this note sequence begins on the tonic of the chord in measure #6 (C major).

In this case, the melody undergoes an intervallic alteration of a minor third below, appearing more like a harmonization of the original melody rather than a variation of it. This is a primitive harmonization technique called "Organum," where the melody is harmonized or altered in parallel intervals based on a common interval for all the notes.

# A: Algo Diferente

By:René Lorente.



Escala descendente a partir de la tónica del acorde de C mayor 7

# B: Don't be shy

By:Tiesto/Karol G.



Escala descendente igual a tema **A** ( C/ 6,7 y 8)
pero a partir de la 6ta del acorde de A mayor7



Efecto de la variación interválica entre tema **A y B** ( C/ 6,7 y 8)

"Don't Be Shy" was transcribed onto the musical staff in the same original Key as the composition "Algo Diferente." In other words, the plagiarism done to "Algo Diferente" through "Don't Be Shy" was executed using the same Key.





Note that "Algo Diferente" was plagiarized by "Don't Be Shy" using the same Key.

## 4. [ MELODIC SIMILARITY ]

The similarity between melodies can be found in various musical elements, such as note sequences, rhythm, harmonic structure, and other aspects.

Examining the two melodies; "Algo Diferente" and "Don't Be Shy," we identify their similarity.







## 6.[ THE RHYTHM IS THE SAME ]

The rhythm is the same. The same rhythmic figuration with the rests of a whole note is identical in both humming the melody and singing the lyrics. This signifies that in a musical composition, the same pattern of note and rest durations is being utilized in different sections or repetitions of the music. This creates a sense of cohesion and uniformity in terms of time and structure.

In music, rhythm refers to the organization of time within a musical piece. It determines how sounds and silences are distributed across a timeline. Rhythmic figuration pertains to patterns of note and rest durations in a musical sequence.

For instance, consider a musical sequence with a consistent rhythm where two notes are played consecutively followed by a rest in a repetitive melody:

Note (duration) Note (duration) Rest (duration)

If this sequence is repeated throughout the composition, the same rhythm and rhythmic figuration are maintained. The duration of the notes and the silence between them remains constant in all repetitions. This can create a hypnotic effect or a sense of familiarity in the music.

It's important to note that while the rhythm and rhythmic figuration can remain constant, other musical elements such as melodies, harmonies, or textures can change, providing variety and interest to the piece despite the rhythmic repetition.

In summary, when it's said that "The rhythm is the same. The same rhythmic figuration with the rests," it's describing a situation where the pattern of note and rest durations repeats throughout a musical composition, thus maintaining a consistent rhythmic coherence.

The rhythm is the same in both "Algo Diferente" and "Don't Be Shy."

# A: Algo Diferente



Escala descendente a partir de la tónica del acorde de C mayor 7

# B: Don't be shy



Escala descendente igual a tema **A** ( C/ 6,7 y 8)
pero a partir de la 6ta del acorde de A mayor7

**7. [ THE HARMONY IS THE SAME IN THE CORRESPONDING KEY ]**

In music, harmony refers to the combination of various sounds produced simultaneously to create a sense of stability, tension, consonance, or dissonance. These sounds are typically called chords. Harmony is fundamental to the structure and color of a musical piece and can influence how we perceive emotions and the overall coherence of the music.

The "corresponding key" refers to the tonal key in which a musical composition is set. A tonal key establishes a main note (tonic) and defines a series of related chords and notes used in the music to establish a sense of tonality and melodic direction.

When I certify that "The harmony is the same in the corresponding key," it means that the chords and harmonic progressions used in the composition are in consonance with the tonal key in which the piece is set. This provides a sense of cohesion and harmony in the music.

For example, if a musical composition is in the key of C major, the chords used will be based on the notes of the C major scale, such as C, D, E, F, G, A, and B.

If the same chord progression is maintained in different parts of the composition, the harmony remains constant in relation to the C major tonal key.

Maintaining consistent harmony in the corresponding key helps create a sense of stability and unity in the music. Harmonic changes can add interest and emotion, but keeping certain chords constant can provide a feeling of continuity and familiarity.

In summary, when it's said that "The harmony is the same in the corresponding key," it's describing a situation where the chords and harmonic progressions used in a musical composition are in consonance with the tonal key in which the piece is set, creating coherence and stability in the harmony.

The harmony is the same in the corresponding key in both "Algo Diferente" and "Don't Be Shy."





## 8. [ STRUCTURAL FUNCTION ]

The structural function of the disputed fragment is what is known as the Hook, or the "hook," of the strong part of the song "Algo Diferente." It has been plagiarized, copied, and also used as the strong part or hook in the song "Don't be Shy," repeated 11 times, both sung and hummed.

When the artist Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota hums the work "Algo Diferente" in the plagiarized piece titled "Don't Be Shy," she commits various similar intentions or expressions that impact the listening audience, making it easily memorable.

Humming a melody is very similar to "Whistling" the piece: [a]
Whistling: When you hum a musical piece like "Algo Diferente,"
the first thing the audience does is use their lips, exhaling to
emit the melodious sound of "Algo Diferente" because it was
hummed to them.

Humming a melody is very similar to "Crooning" the piece: [b]
Crooning: When you croon a musical piece like "Algo Diferente,"
the listening audience gently receives a melody with the voice,
which immediately leads the listener to "croon" with their voice
the same gentle melody that was crooned to them, softly and
affectionately.

Humming a melody is very similar to "Murmuring" the piece: [c]
Murmuring: When you murmur a musical piece like "Algo
Diferente," the listening audience receives a melody with
melodic sounds emitted in a low voice, and this immediately
leads them to reproduce the song, as it was received calmly and
to the delight of their soul.

Mentally Playing a Song: When you hum a musical piece like "Algo
Diferente," the listening audience receives a melody with
melodic sounds emitted in a low voice, and this leads them to
mentally, instantly, and automatically play the song, imagining
and reliving the song in their mind. This causes them to engrave
this melody in their subconscious and remember it each time,
reliving it again and again in their mind. ("La-la-la-la-la").
It is the same intention in both themes.

Let's examine the lyrics of "Don't Be Shy":

**DON'T BE SHY**
[Intro: KAROL G]
[ PLAGIARISM - 1st illegal use of "Algo Diferente" hummed ]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

[Verse: KAROL G]
People say I'm not gonna change, not gonna change
I know that you like that, you know where my mind's at
Can't be tamed, I'm not gonna play, not gonna play
Oh no, I ain't like that, fuck 'em, I'm a wild cat.

[Chorus: KAROL G]
[ PLAGIARISM - 2nd illegal use of "Algo Diferente" sung ]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[ PLAGIARISM - 3er illegal use of "Algo Diferente" sung ]
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[Post-Chorus: KAROL G]
[ PLAGIARISM - 4th illegal use of "Algo Diferente" hummed ]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

[ PLAGIARISM - 5th illegal use of "Algo Diferente" hummed ]
Ta-ta-da-ra-ra
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta

[Verse: KAROL G]
People say I'm not gonna change, not gonna change
I know that you like that, you know where my mind's at
Can't be tamed, I'm not gonna play, not gonna play
Oh no, I ain't like that, fuck 'em, I'm a wild cat

[Chorus: KAROL G]
[ PLAGIARISM - 6th illegal use of "Algo Diferente" sung ]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[ PLAGIARISM - 7th illegal use of "Algo Diferente" sung ]
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[Post-Chorus: KAROL G]
[ PLAGIARISM – 8th illegal use of "Algo Diferente" hummed ]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

[ PLAGIARISM – 9th illegal use of "Algo Diferente" hummed ]
Ta-ta-da-ra-ra
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta

[Bridge: KAROL G]
Show yourself, beautiful
Wanna get emotional, oh, mhm
Follow me, easy now
We could work a miracle, oh, hmm-yeah

[Chorus: KAROL G]
[ PLAGIARISM – 10 illegal use of "Algo Diferente" sung ]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[ PLAGIARISM – 11 illegal use of "Algo Diferente" sung ]
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy.


Structural Function of the Fragment:
In music, the "structural function" refers to the purpose or
role that a specific section plays within a composition. In this
case, I am certifying regarding a disputed fragment, signifying
that there is a particular segment under discussion or being
examined in detail.

Hook or "Gancho": The term "hook" or "gancho" is employed in
music to denote a portion of a song that is catchy, commercial,
strong, memorable, and captures the listener's attention. It's a
melody, lyrical line, or distinctive musical element that stands
out and lingers in the listener's mind.

Strong Part of the Composition "Algo Diferente": Here, I am certifying about a prominent part of the musical composition titled "Algo Diferente." This specific segment contains a musical hook that is deemed particularly captivating and relevant within the context of the song.

Used as a Strong Part or Hook in "Don't Be Shy": I am certifying that this same notable part from "Algo Diferente" is also utilized as a hook in the other plagiarized song titled "Don't Be Shy." This implies that violations against the copyright holder have been committed by reusing this fragment in this plagiarized composition titled "Don't Be Shy."

Repeated Eleven (11) Times, Sung and Hummed ("lalalalala"): This fragment segment is repeated eleven (11) times in "Don't Be Shy." Additionally, it is performed both by singing and humming, characterized by the repetitive syllable "la-la-la-la-la," which is common in music when aiming to create a catchy melody.

Same Intention in Both Themes: Finally, I am certifying that the intention behind using this fragment in both themes is the same. In other words, you are seeking to achieve the same musical and emotional effect in both compositions by utilizing this particular fragment as a memorable hook.

In summary, I am describing how a specific musical fragment with a catchy hook is employed in two distinct songs, "Algo Diferente" and "Don't Be Shy," with the purpose of creating a similar sensation and captivating the listener's attention in both compositions.

## 9. [ TRANSPOSITION ]

If we transpose the key of the "Don't Be Shy" fragment to the key used in the "Algo Diferente" fragment, the chords and intervals will match with their rests.

Key Change: In music, the key refers to the musical note upon which a composition is centered. Changing the key involves transposing the entire music to a specific interval while maintaining the relationships between the notes.

"Don't Be Shy" Fragment: Here, I am certifying a musical fragment from the song "Don't Be Shy." You can consider this as a specific sequence of notes, chords, and intervals that make up a part of the song.

"Algo Diferente" Fragment: Similarly, I am certifying a musical fragment in the song "Algo Diferente." This refers to a specific section of notes, chords, and intervals in this other song.

Transposition of Key: Transposing the key means changing all the notes and chords of a song by a specific interval while maintaining the relationships between the notes. This might be necessary to adjust the music to a performer's vocal range or to achieve a specific effect.

Matching Chords, Intervals, and Rests: Here, I am certifying that by transposing the key of the "Don't Be Shy" fragment to the key used in the "Algo Diferente" fragment, the chords, intervals, and moments of rest in both compositions align. This means that the musical relationships between the notes and the spaces of silence are similar in both compositions, resulting in a coherent auditory experience.

In summary, I am explaining how if you take a musical fragment from one song and transpose it to a different key that matches the one used in another fragment from another song, the musical elements like chords, intervals, and rests in both songs will align in a similar manner.

## 10. [ INSTRUMENTAL FACTOR ]

The instrumental factor is utilized as it is hummed by the singer Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota. ("la-la-la-la-la")

Instrumental Factor: In music, the "instrumental factor" refers to the musical elements that are played by instruments, as opposed to the human voice. This could include chords, melodies, rhythms, and other sonic aspects that do not involve singing.

Singer's Humming ("lalalalala"): Here, I am certifying that the singer Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota is humming a specific melody titled "Algo Diferente." Humming is when a person produces vocal sounds without words, usually to replicate a melody using syllables like "la," "la," "la," or other neutral syllables.

Relationship between Instrumental Factor and Humming: Here, I am certifying that the "instrumental factor" in the composition is represented or performed by the singer Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota through humming the melody "lalalalala." This means that the melody that would normally be

played by instruments is being reproduced by the voice of the
singer Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota
through humming.

In summary, I am certifying how in this musical composition,
"Don't Be Shy," the part that would typically be played by
instruments is being interpreted by the voice of the singer
Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, who is
humming the melody using non-verbal syllables.


## 11. [ BINARY METER ]

The Score of "Algo Diferente" is in binary meter.

Binary Meter: Binary meter is a type of meter in which each
musical measure is divided into two beats or strong pulses.
These two beats are commonly designated as "1" and "2". In other
words, the rhythm is felt in pairs of pulses.

Time Signature Numerator: In musical notation, the meter is
denoted by a fraction located at the beginning of each staff
line. The numerator of this fraction indicates the number of
beats in each measure. In the case of binary meter, the
numerator would be "2".

Time Signature Denominator: The denominator of the meter
fraction indicates what type of note receives one beat. For
example, in a 2/4 meter, the denominator "4" indicates that a
quarter note (1/4 in duration) represents one beat. In the case
of binary meter, the denominator "4" is common.

Rhythmic Structure: Binary meter creates a sense of strong-weak-
strong-weak rhythm in each musical measure. This results in a
pattern of rhythmic accents that feels like a "double pulse."

In summary, when I assert that the score of "Algo Diferente" is
in binary meter, it means that the music in this composition is
rhythmically organized in pairs of beats, creating a pattern of
strong-weak-strong-weak rhythm in each musical measure. This
choice of meter impacts the rhythmic structure and how the flow
of the music is perceived.

## VII. VIOLATIONS OF ECONOMIC RIGHTS

In this case of plagiarism of the song titled "Algo Diferente" in the plagiarized work "Don't Be Shy," protected under Title 17 of the United States Federal Copyright Law, various exclusive rights granted to René Lorente, who is the original author of the song titled "Algo Diferente" and the copyright holder, are violated. These exclusive rights are as follows:

**Right of Reproduction (Section 106(1)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the reproduction of the work titled "Algo Diferente" in any form, whether physical or digital copies. Unauthorized copies of the plagiarized song would constitute a violation of this right. Violation of the Right of Reproduction: Music publishers, including Musical Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs Music Publishing, Karol G Music Production Publishing, Karol G Music Production Publishing c/o Songs of Kobalt Music Publishing, Strengholt Music Publishing BV c/o BMG Platinum Songs US, BMG Platinum Songs US., SONY Music Publishing BV. c/o SONY/ATV Tunes LLC., SONY Music Publishing UK Limited c/o SONY/ATV Tunes LLC., have illegally granted various reproduction licenses, including mechanical, digital, video, performance, and synchronization licenses, without the authorization of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the reproduction of the work in any form, whether physical or digital, under Title 17 of the United States Copyright Law (Section 106(1)), to multinational record companies including Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC. c/o Atlantic Recording Corporation.

This action violates the Right of Reproduction of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the reproduction of the work in any form under Title 17 of the United States Copyright Law (Section 106(1)).

**Right of Distribution (Section 106(3)):** The copyright holder René Lorente has the absolute exclusive right to control the distribution of copies of the work titled "Algo Diferente" to the public. This includes the authorization or prohibition of selling, renting, lending, or in any way distributing copies of the plagiarized song without permission.

Unauthorized distribution of copies of the plagiarized song would constitute a violation of this right. Violation of the Right of Distribution: Music publishers, including Musical Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs Music Publishing, Karol G Music Production Publishing, Karol G Music Production Publishing c/o Songs of Kobalt Music Publishing, Strengholt Music Publishing BV c/o BMG Platinum Songs US, BMG Platinum Songs US., SONY Music Publishing BV. c/o SONY/ATV Tunes LLC., SONY Music Publishing UK Limited c/o SONY/ATV Tunes LLC., have illegally granted various reproduction and distribution licenses, including mechanical, digital, video, performance, and synchronization licenses, without the authorization of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the distribution of the work in any form, whether physical or digital, under Title 17 of the United States Copyright Law (Section 106(3)), to multinational record companies including Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC. c/o Atlantic Recording Corporation.

This action violates the Right of Distribution of the copyright holder, who has the exclusive right to authorize or prohibit the distribution of the work in any form under Title 17 of the United States Copyright Law (Section 106(3)).

**Right of Public Performance (Section 106(4)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the public performance of the work titled "Algo Diferente." This includes all live performances by the artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G, as well as radio broadcasts, online streaming, and other forms of public transmission.

Unauthorized public performances of the plagiarized song would constitute a violation of this right. Violation of the Right of Public Performance: The artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G have not sought permission from the copyright holder René Lorente, who has the absolute exclusive right to authorize or prohibit the public performance of the work under Title 17 of the United States Copyright Law (Section 106(4)), to perform the song.

This action violates the Right of Public Performance of the copyright holder, who has the exclusive right to authorize or prohibit the public performance of the work, whether live, recorded, or transmitted, by the artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G, under Title 17 of the United States Copyright Law (Section 106(4)).

**Right of Digital Public Performance (Section 106(6)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the digital public performance of the work titled "Algo Diferente." This includes all digital public performances carried out through digital media, such as online streaming or broadcasting on platforms by the artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G.

Unauthorized digital public performances of the plagiarized song would constitute a violation of this right. Violation of the Right of Digital Public Performance: The artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G have not sought permission from the copyright holder René Lorente, who has the absolute exclusive right to authorize or prohibit the digital public performance of the work under Title 17 of the United States Copyright Law (Section 106(6)), to digitally perform the song.

This action violates the Right of Digital Public Performance of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the digital public performance of the work carried out through digital media, such as online streaming or broadcasting, under Title 17 of the United States Copyright Law (Section 106(6)).

**Right to Create Derivative Works (Section 106(2)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the creation of derivative works based on the original work titled "Algo Diferente." This includes adaptations, remixes, parodies, and other forms.

Creating a derivative work based on the original work, such as an adaptation, version, remix, parody, or any other form, without the written authorization of the copyright holder would constitute a violation of these rights. Violation of the Right to Create Derivative Works: The composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La

Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu have not sought permission from the copyright holder René Lorente, who has the absolute exclusive right to authorize or prohibit the creation of derivative works based on the original work under Title

**Violation of the Right to Create Derivative Works:** The composers; Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunilda, Jonas David Kroper a/k/a Jonasu, did not request permission from the copyright holder René Lorente, who has the absolute exclusive right to authorize or prohibit the creation of derivative works based on the work under Title 17 of the United States Copyright Law (Section 106(2)), to obtain a license and/or permission to create derivative works from the original work.

This action violates the Right to Create Derivative Works of the copyright holder, who has the exclusive right to authorize or prohibit the creation of derivative works from the original work under Title 17 of the United States Copyright Law (Section 106(2)).

**Right of Performance (Section 106(4)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the performance of the work titled "Algo Diferente." This encompasses all musical performances of the song, whether live, recorded, or transmitted by the artists; Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G.

Unauthorized performances of the plagiarized song would constitute a violation of this right. Violation of the Right of Performance: The artists; Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G did not request permission from the copyright holder René Lorente, who has the absolute exclusive right to authorize or prohibit the performance of the song under Title 17 of the United States Copyright Law (Section 106(4)), to perform the song.

This action violates the Right of Performance of the copyright holder, who has the exclusive right to authorize or prohibit the performance of the song, whether live, recorded, or transmitted by the artists; Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G, under Title 17 of the United States Copyright Law (Section 106(4)).

**Right of Public Display (Section 106(5)):** The copyright holder René Lorente has the absolute exclusive right to authorize or prohibit the public display of the work titled "Algo Diferente," such as in the case of visual displays in public places.

Unauthorized public displays of the plagiarized song would constitute a violation of this right. Violation of the Right of Public Display: Music publishers, including Musical Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs Music Publishing, Karol G Music Production Publishing, Karol G Music Production Publishing c/o Songs of Kobalt Music Publishing, Strengholt Music Publishing BV c/o BMG Platinum Songs US, BMG Platinum Songs US., SONY Music Publishing BV. c/o SONY/ATV Tunes LLC., SONY Music Publishing UK Limited c/o SONY/ATV Tunes LLC., have illegally granted various licenses, including licenses for public display, without the authorization of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the public display of the work, such as in the case of visual displays in public places, under Title 17 of the United States Copyright Law (Section 106(5)), to multinational record companies including Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC. c/o Atlantic Recording Corporation.

This action violates the Right of Public Display of the copyright holder René Lorente, who has the exclusive right to authorize or prohibit the public display, such as in the case of visual displays in public places, of the song by the artists; Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G, under Title 17 of the United States Copyright Law (Section 106(5)).

**VIII. VIOLATIONS OF MORAL RIGHTS Moral Rights (Section 106A):**

Section 106A of the Copyright Law allows creators of visual arts works (such as the countless videos that were created using the work) to claim certain moral rights, such as the right to attribution and the integrity of the work.

If someone violates the moral right of the Copyright holder, such as the right to attribution and the integrity of the work, they would be infringing and usurping this Right to the integrity of the work and the Moral Right. Violation of Moral Rights: Artists Tijs Michiel Verwest a/k/a Tiësto and Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota G have violated the Moral Rights of the Copyright holder René Lorente by NOT acknowledging the authorship of the original composer; René Lorente, in addition to violating the integrity of the original work, protected under Title 17 of the United States Copyright Law (Section 106A).

Composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu, have violated the Moral Rights of the Copyright holder René Lorente by NOT acknowledging the authorship of the original composer; René Lorente, in addition to violating the integrity of the original work, protected under Title 17 of the United States Copyright Law (Section 106A).

Music publishers Musical Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs Music Publishing, Karol G Music Production Publishing, Karol G Music Production Publishing c/o Songs of Kobalt Music Publishing, Strengholt Music Publishing BV c/o BMG Platinum Songs US, BMG Platinum Songs US, SONY Music Publishing BV c/o SONY/ATV Tunes LLC, SONY Music Publishing UK Limited c/o SONY/ATV Tunes LLC, have violated the Moral Rights of the Copyright holder René Lorente by NOT acknowledging the authorship of the original composer; René Lorente, in addition to violating the integrity of the original work, protected under Title 17 of the United States Copyright Law (Section 106A).

Multinational record companies Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC c/o Atlantic Recording Corporation have violated the Moral Rights of the Copyright holder René Lorente by NOT acknowledging the authorship of the original composer; René Lorente, in addition to violating the integrity of the original work,

protected under Title 17 of the United States Copyright Law (Section 106A).

## IX. DETERMINATIONS REGARDING FAULTS, VIOLATIONS, AND LACK OF AUTHORIZATIONS AND LICENSES

It has been determined that the artists Tiësto & Karol G did NOT obtain authorization from the original author, René Lorente, for the use of his work, nor was a valid license requested to use the composition "Algo Diferente" in the song "Don't Be Shy."

It has been determined that the artists Tiësto & Karol G did NOT obtain authorization from the original author, René Lorente, to include lyrics in the use of his work, nor was a valid license requested to use the composition "Algo Diferente" in the song "Don't Be Shy."

It has been determined that the composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu DID NOT seek authorization from the original author, René Lorente, to include lyrics in the use of his work, nor was a valid license requested to use the composition "Algo Diferente" in the song "Don't Be Shy."

It has been determined that the composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu DID NOT seek authorization from the original author, René Lorente, to include obscene lyrics in the use of his work, nor was a valid license requested to use the composition "Algo Diferente" in the song "Don't Be Shy."

The first [Verse 1] of "Don't Be Shy" contains explicit, obscene lyrics that also distort the original work "Algo Diferente."

## X. RIGHT TO ATTRIBUTION

The owner or creator of the work has the right to be recognized as the author of the work. This implies that their name must always appear whenever the work is presented or reproduced.

It has been determined that the composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu DID NOT provide proper attribution to the owner or creator of the work, omitting their name when using the

composition "Algo Diferente" in the plagiarized song "Don't Be Shy."

## XI. RIGHT TO INTEGRITY OF THE WORK

The owner or creator of the work has the right to protect the integrity of their work and prevent any modification or distortion that could damage its reputation.

[a] It has been determined that the composers Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, Yoshi L H Breen, Teemu William Brunila, Jonas David Kroper a/k/a Jonasu plagiarized the work, distorted the work, and included explicit, distorted, obscene, and vulgar lyrics.

The inclusion of vulgar content in the lyrics of "Don't Be Shy" without proper authorization has been determined, which affects and degrades the integrity and reputation of the original author René Lorente and his work "Algo Diferente."

Let's examine here the [Verse 1: KAROL G], the content of the explicit, distorted, obscene, and vulgar lyrics.

**DON'T BE SHY**

[Intro: KAROL G]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

[Verse 1: KAROL G] **[ Explicit, Obscene, and Vulgar Lyrics ]**
*People say I'm not gonna change, not gonna change*
*I know that you like that, you know where my mind's at*
*Can't be tamed, I'm not gonna play, not gonna play*
*Oh no, I ain't like that, fuck 'em, I'm a wild cat.*

[Chorus: KAROL G]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[Post-Chorus: KAROL G]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

Ta-ta-da-ra-ra
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta

[Verse 1: KAROL G] **[ Explicit, Obscene, and Vulgar Lyrics ]**
*People say I'm not gonna change, not gonna change*
*I know that you like that, you know where my mind's at*
*Can't be tamed, I'm not gonna play, not gonna play*
*Oh no, I ain't like that, fuck 'em, I'm a wild cat*

[Chorus: KAROL G]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy

[Post-Chorus: KAROL G]
La-la-la-la-la
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta.

Ta-ta-da-ra-ra
La-la-la-la-la
La-la-la-la-la
Da-ra-ta-ta-ta

[Bridge: KAROL G]
Show yourself, beautiful
Wanna get emotional, oh, mhm
Follow me, easy now
We could work a miracle, oh, hmm-yeah

[Chorus: KAROL G]
Baby, break my heart
Give me all you got
Don't ask "Why, why, why?"
Don't be shy, shy, shy
Is it love or lust?
I can't get enough
Don't ask "Why, why, why?"
Don't be shy, shy, shy.

[c] It has been determined that the music publishers; Musical
Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs
Music Publishing, Karol G Music Production Publishing, Karol G
Music Production Publishing c/o Songs of Kobalt Music
Publishing, Strengholt Music Publishing BV c/o BMG Platinum
Songs US, BMG Platinum Songs US, SONY Music Publishing BV c/o
SONY/ATV Tunes LLC, SONY Music Publishing UK Limited c/o
SONY/ATV Tunes LLC, DID NOT request authorization from the
original author, René Lorente, for the use of his work, nor was
a valid license requested to use the composition "Algo
Diferente" in the song "Don't Be Shy."

[d] It has been determined that the music publishers; Musical
Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs
Music Publishing, Karol G Music Production Publishing, Karol G
Music Production Publishing c/o Songs of Kobalt Music
Publishing, Strengholt Music Publishing BV c/o BMG Platinum
Songs US, BMG Platinum Songs US, SONY Music Publishing BV c/o
SONY/ATV Tunes LLC, SONY Music Publishing UK Limited c/o
SONY/ATV Tunes LLC, DID NOT request authorization from the
original author, René Lorente, to include lyrics in the use of
his work, nor was a valid license requested to use the
composition "Algo Diferente" in the song "Don't Be Shy."

[e] It has been determined that the music publishers; Musical
Freedom Publishing, Musical Freedom Publishing c/o Kobalt Songs
Music Publishing, Karol G Music Production Publishing, Karol G
Music Production Publishing c/o Songs of Kobalt Music
Publishing, Strengholt Music Publishing BV c/o BMG Platinum
Songs US, BMG Platinum Songs US, SONY Music Publishing BV c/o
SONY/ATV Tunes LLC, SONY Music Publishing UK Limited c/o
SONY/ATV Tunes LLC, DID NOT request authorization from the
original author, René Lorente, to include obscene lyrics in the
use of his work, nor was a valid license requested to use the
composition "Algo Diferente" in the song "Don't Be Shy."

[f] It has been determined that the multinational record companies; Atlantic Records, Atlantic Recording Corporation, Musical Freedom Records, Musical Freedom, LLC. c/o Atlantic Recording Corporation DID NOT request authorization from the original author, René Lorente, to publish his work, nor was a valid mechanical, video mechanical, and digital license requested to use the composition "Algo Diferente" in the song "Don't Be Shy."

## XII. PUBLICATIONS AND EARNINGS OBTAINED

**[a] SINGLE: DON'T BE SHY [ TIËSTO / KAROL G ]**



The single of the song "Don't Be Shy" was published and made available for sale on August 12, 2021, on all digital platforms worldwide.

The artist Tiesto's production titled "Drive" was released in various physical and digital formats, containing the complete production, including the plagiarized track titled "Don't Be Shy."

### CERTIFICATION OF
### Recording Industry Association of America (RIAA)

The Recording Industry Association of America (RIAA) is a trade organization that represents the music recording industry in the United States. Its members consist of record labels and distributors that the RIAA says "create, manufacture, and/or distribute approximately 85% of all legally sold recorded music in the United States". RIAA is headquartered in Washington, D.C.

RIAA was formed in 1952. Its original mission was to administer recording copyright fees and problems, work with trade unions,

and do research relating to the record industry and government regulations. Early RIAA standards included the RIAA equalization curve,the format of the stereophonic record groove and the dimensions of 33 1/3, 45, and 78 rpm records.

**RIAA SALES certification**

The RIAA operates an award program for albums that sell a large number of copies.The award was launched in 1958; originally, the requirement for a Gold single was one million units sold and a Gold album represented $1 million in sales (at wholesale value, around a third of the list price). In 1975, the additional requirement of 500,000 units sold was added for Gold albums. Reflecting growth in record sales, the Platinum award was added in 1976, for albums able to sell one million units, while singles qualify upon selling two million units. The Multi-Platinum award was introduced in 1984, signifying multiple Platinum levels of albums and singles. In 1989, the sales thresholds for singles were reduced to 500,000 for Gold and 1,000,000 for Platinum, reflecting a decrease in sales of singles. In 1992, RIAA began counting each disc in a multi-disc set as one unit toward certification. Reflecting additional growth in music sales, the Diamond award was instituted in 1999 for albums or singles selling ten million units.Because of these changes in criteria, the sales level associated with a particular award depends on when the award was made.

Since 2000, the RIAA also operates a similar program for Latin music sales, called Los Premios de Oro y De Platino. Currently, a "Disco De Oro" (Gold) is awarded for 30,000 units, and a "Disco De Platino" is awarded for 60,000 units. Further, the "Album Multi-Platino" honor is awarded at 120,000, and "Diamante" requires 10 times as many units as "Platino" (600,000). The RIAA defines "Latin music" as a type of release with 51% or more of its content recorded in Spanish.

On August 3, 2023, The Recording Industry Association of America (RIAA) certified 0.5 million digital sales of the single titled "Don't Be Shy," which was released on August 12, 2021.

Here is the certification from The Recording Industry Association of America (RIAA).

**Yoshi Breen**
**Facebook Page        Co-Writer "Don't Be Shy"**
*https://www.facebook.com/photo/?fbid=10229107816865975&set=a.486 8338272232*



# TIËSTO & KAROL G
**Title:** DON'T BE SHY
**Certification Date:** August 3, 2022
**Label:** ATLANTIC RECORDS
**Format:** SINGLE

SHARE 

MORE DETAILS ▼

**Release Date.** August 12, 2021
**Type:** Digital
**Certified Units:** 0.5 Million
**Genre:** DANCE/ELECTRONIC
**Previous Certification:**
   Gold | August 3, 2022

**See Link RIIA**
**https://www.riaa.com/gold-platinum/?tab_active=default-award&se=tiesto+#search_section**



500,000 units certified as sold by RIAA of the single "Don't Be Shy" [Tiesto / Karol G] at a rate of 0.12 cents as per the statutory rate of the Copyright Act.

Publishing:
500,000.00 X 0.12 cents = $60,000.00 dollars

Master ($7.99):
500,000.00 X 1.00 cent = $500,000.00 dollars

**https://store.warnermusic.com/en/warner-music-store/atlantic-records/tiesto/**

TIESTODRIVE Digital Download

$7.99

**[b] LP Long Playing**

```
Album       :       TIESTO
Titlle      :       "DRIVE"
UPC         :       0 75679 73320 7
```





Tiesto[DRIVE Vinyl](DRIVE Vinyl)

$24.98

SEE : **https://bestsellingalbums.org/artist/13366**

# TIESTO album sales

TIESTO sold over 1,748,000 albums, including 500,000 in the United States and 240,000 in the United Kingdom. The best-selling album by TIESTO is DRIVE, which sold over 580,000 copies .

**Contents:**
1. TIESTO albums ranked by sales
2. TIESTO total sales by country
3. TIESTO detailed sales by country

## TIESTO albums ranked by sales

1



DRIVE (2023)
TIESTO
Sales: 580,000
Rank in 2023 : 2
Rank in 2020's : 183
Overall rank : 8697

SEE : [https://store.warnermusic.com/en/warner-music-store/atlantic-records/tiesto/drive-vinyl/075679733207.html](https://store.warnermusic.com/en/warner-music-store/atlantic-records/tiesto/drive-vinyl/075679733207.html)



$

- **ARTISTS**
- **MUSIC**
- **APPAREL**
- **ACCESSORIES & HOME**
- **GENRE**
- **PRINT ON DEMAND**
- **HIP-HOP AT FIFTY**
- **FESTIVAL SEASON**

Home / Warner Music Store / Atlantic Records / **TIESTO** / DRIVE Vinyl



- 

Tiesto

# DRIVE Vinyl

**$24.98**
5 out of 5 Customer Rating
Availability:

- In Stock

Qty:
 ADD TO CART

- **Product Details**

Tiesto's album DRIVE pressed on a single pocket black LP.

Limited quantities worldwide.

TRACKLIST:

01. All Nighter

02. The Motto with Ava Max

03. 10:35 with Tate McRae

04. The Business

05. Chills (LA Hills) with A Boogie Wit Da Hoodie

06. Hot in It with Charli XCX

07. Pump It Louder with Black Eyed Peas

08. Learn 2 Love

**09. Don't Be Shy with Karol G**

10. Bet My Dollar with Freya Ridings

11. Back Around with AR/CO

12. Lay Low


https://store.warnermusic.com/en/warner-music-store/atlantic-records/tiesto/drive-vinyl/075679733207.html

[c] CD Compact Disc

Album      :      **TIESTO**
Titlle     :      **"DRIVE"**
UPC        :      **0 75678 62652 4**





On August 3, 2023, The Recording Industry Association of America (RIAA) certified 0.5 million digital sales of the single titled "Don't Be Shy," which was released on August 12, 2021.

Here is the certification from The Recording Industry Association of America (RIAA).

**CERTIFICATION OF**
**Recording Industry Association of America (RIAA)**

The Recording Industry Association of America (RIAA) is a trade organization that represents the music recording industry in the United States. Its members consist of record labels and distributors that the RIAA says "create, manufacture, and/or distribute approximately 85% of all legally sold recorded music in the United States". RIAA is headquartered in Washington, D.C.

RIAA was formed in 1952. Its original mission was to administer recording copyright fees and problems, work with trade unions, and do research relating to the record industry and government regulations. Early RIAA standards included the RIAA equalization curve,the format of the stereophonic record groove and the dimensions of 33 1/3, 45, and 78 rpm records.

**RIAA SALES certification**

The RIAA operates an award program for albums that sell a large number of copies.The award was launched in 1958; originally, the requirement for a Gold single was one million units sold and a Gold album represented $1 million in sales (at wholesale value, around a third of the list price). In 1975, the additional requirement of 500,000 units sold was added for Gold albums. Reflecting growth in record sales, the Platinum award was added in 1976, for albums able to sell one million units, while singles qualify upon selling two million units. The Multi-Platinum award was introduced in 1984, signifying multiple Platinum levels of albums and singles. In 1989, the sales thresholds for singles were reduced to 500,000 for Gold and 1,000,000 for Platinum, reflecting a decrease in sales of singles. In 1992, RIAA began counting each disc in a multi-disc set as one unit toward certification. Reflecting additional growth in music sales, the Diamond award was instituted in 1999 for albums or singles selling ten million units.Because of these

changes in criteria, the sales level associated with a
particular award depends on when the award was made.

Since 2000, the RIAA also operates a similar program for Latin
music sales, called Los Premios de Oro y De Platino. Currently,
a "Disco De Oro" (Gold) is awarded for 30,000 units, and a
"Disco De Platino" is awarded for 60,000 units. Further, the
"Album Multi-Platino" honor is awarded at 120,000, and
"Diamante" requires 10 times as many units as "Platino"
(600,000). The RIAA defines "Latin music" as a type of release
with 51% or more of its content recorded in Spanish.

On June 1, 2023, The Recording Industry Association of America
(RIAA) certified 0.5 million standard sales of the LP and CD of
the artist Tiesto's album titled "Drive," containing the song
titled: "Don't Be Shy," which was released on April 21, 2023.

Here is the certification from The Recording Industry
Association of America (RIAA).
See Link RIIA
https://www.riaa.com/gold-platinum/?tab_active=default-
award&se=tiesto+#search_section



500,000 units certified as sold by RIAA of the artist TIESTO's production titled "DRIVE," containing the song "Don't Be Shy" [Tiesto / Karol G], at a rate of 0.12 cents as per the statutory rate of the Copyright Act. Currently, it has reached 580,000 units sold.

Publishing:
580,000.00 X 0.12 cents = $69,600.00 dollars

Master ($24.99):
500,000.00 X 1.00 cent = $580,000.00 dollars

**[d] TIESTO "DRIVE" ( TIESTO WEB PAGE )**
**https://tiesto.lnk.to/DRIVEID**





`[e] TIESTO "DRIVE" ( TIESTO WEB PAGE )`

**Tiësto albums - compilations.** **Tiësto's new album, Drive, available now ! digital or vinyl: tracks, price, link !**

Publié le 21 avril 2023 , mis à jour le 25 mai 2023Par - Tiëstolive



Tiësto's new album is called Drive,
it will be available on April 21, 2023
tracks, price, link pre-sale now !

**album with 12 songs**

Tiësto - DRIVE The Album -) <u>Continuous DJ Mix</u>

**01 Tiësto - All Nighter -)** [listen here](#)
**02 Tiësto x Ava Max - The Motto -)** [listen here](#)
**03 Tiësto x Tate McRae - 10:35 -)** [listen here](#)
**04 Tiësto - The Business -)** [listen here](#)
**05 Tiësto x A Boogie Wit Da Hoodie - Chills (LA Hills) -)** [listen here](#)
**06 Tiësto x Charli XCX - Hot in It -)** [listen here](#)
**07 Tiësto x Black Eyed Peas - Pump It Louder -)** [listen here](#)
**08 Tiësto - Learn 2 Love -)** [listen here](#)
**09 Tiësto x Karol G - Don't Be Shy -)** [listen here](#)
**10 Tiësto x Freya Ridings - Bet My Dollar -)** [listen here](#)
**11 Tiësto x AR/CO - Back Around -)** [listen here](#)
**12 Tiësto - Lay Low -)** [listen here](#)

**13 Tiësto - Yesterday | Bonus track** [listen here](#)

**album digitale $7.99**
**album vinyl $24.98**

[https://tiesto.lnk.to/DRIVEID](https://tiesto.lnk.to/DRIVEID)

**[f] TIESTO "DRIVE" ( DIGITAL )**





**[g] TIESTO "DRIVE" CONTINUOUS DJ MIX( TIESTO WEB PAGE )**

**Tiësto articles.** **Tiësto - DRIVE The Album | Continuous DJ Mix**

Publié le 20 avril 2023 , mis à jour le 23 avril 2023Par - Tiëstolive



Tiësto
DRIVE The Album
Continuous DJ Mix

## tracklist mix Spécial Drive

01 Tiësto ft. James Bell - The Business
02 Tiësto ft. Tate McRae - 10:35
03 Tiësto - Learn 2 Love
04 Tiësto & AR/CO - Back Around
05 Tiësto & Charli XCX - Hot In It
06 Tiësto & Ava Max - The Motto
07 Tiësto ft. Freya Ridings - Bet My Dollar
08 Tiësto & A Boogie Wit Da Hoodie - Chills (LA Hills)
09 Tiësto & Black Eyed Peas - Pump It Louder
10 Tiësto - All Nighter
**11 Tiësto & Karol G - Don't Be Shy**
12 Tiësto - Lay Low

[h] SPOTIFY 500,000,000.00 Million

Spotify makes payments for streaming of tracks at a rate of 0.04
cents for every 10 streams.

Estimated minimum earnings:

500,000,000 Million Streams
at a rate of $0.04 for every 10 = $2,000,000.00 Million

**[i] [ VIDEO 1 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video)**



**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**https://www.youtube.com/watch?v=taSubkjZUA4**

**[ VIDEO 1 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**$ 1,178,927.472**

The official video of "DON'T BE SHY" (Official Music Video) was premiered on the YouTube channel on August 12, 2021.

At the conclusion of this Expert Report, the video had 392,975,824 (Three hundred ninety-two million, nine hundred seventy-five thousand, eight hundred twenty-four) views.

**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**392,975,824 views**

Premiered on Aug 12, 2021 #Tiesto #DontBeShy #KarolG Tiësto & Karol G - Don't Be Shy Stream/DL: https://tiesto.lnk.to/DontBeShyID DRIVE out now: https://tiesto.lnk.to/DRIVEID

**Link: https://www.youtube.com/watch?v=taSubkjZUA4**

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy (Official Music Video) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever someone clicks to watch the "Don't Be Shy" video. The income from YouTube depends on multiple factors, such as the geographical location of the audience, interaction with the ads, the type of ads displayed, and CPM rates (Cost Per Mille, or cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel (Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00 dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the "Don't Be Shy" video, we can calculate an approximate estimate of the earnings generated by this music video with 392,975,824 views. The multiplication is based on $3.00 due to the prominence that YouTube has for paying mega-artists like Tiësto & Karol G, and it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings: 392,975,824 views 1,000 views at $1.00 = $392,975.824

Estimated maximum earnings: 392,975,824 views 1,000 views at $3.00 = $1,178,927.472

**[j] [ VIDEO 2 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**



**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**
**https://www.youtube.com/watch?v=oDF1j-y6J-k**

**[ VIDEO 2 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**
**$ 87,666.186**

They edited a second part of the "Don't Be Shy" video. The
official video of "DON'T BE SHY" (Official Music Video Part II)
was premiered on the YouTube channel on September 3, 2021.

At the conclusion of this Expert Report, the video had
29,222,062 (Twenty-nine million, two hundred twenty-two
thousand, sixty-two) views.

Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)
29,222,062 views Premiered on Sept 3, 2021 #Tiesto #DontBeShy
#KarolG Tiësto & Karol G - Don't Be Shy Stream/DL:
https://tiesto.lnk.to/DontBeShyID

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy
(Official Music Video Part II) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever someone clicks to watch the "Don't Be Shy" video. The income from YouTube depends on multiple factors, such as the geographical location of the audience, interaction with the ads, the type of ads displayed, and CPM rates (Cost Per Mille, or cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel (Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00 dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the "Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)," we can calculate an approximate estimate of the earnings generated by this music video with 29,222,062 views. The multiplication is based on $3.00 due to the prominence that YouTube has for paying mega-artists like Tiësto & Karol G, and it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings:
29,222,062 views 1,000 views at $1.00 = $29,222.062

Estimated maximum earnings:
29,222,062 views 1,000 views at $3.00 = $87,666.186

**[k] [ VIDEO 3 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**



**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
**https://www.youtube.com/watch?v=x6G3nEKOkXw**

**[ VIDEO 3 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
**$ 26,385.15**

**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
8,795,053 vistas
Se estrenó el 29 sept 2021
#Tiesto #DontBeShy #KarolG
Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)
"Don't Be She" Out Now: https://tiesto.lnk.to/DontBeShyID

They edited a Behind The Scenes video of the "Don't Be Shy"
video. The official video of "DON'T BE SHY" (Official Behind The
Scenes) was premiered on the YouTube channel on September 29,
2021.

At the conclusion of this Expert Report, the video had 8,795,053
(Eight million, seven hundred ninety-five thousand, fifty-three)
views.

Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)
8,795,053 views Premiered on Sept 29, 2021 #Tiesto #DontBeShy
#KarolG Tiësto & Karol G - Don't Be Shy Stream/DL:
https://tiesto.lnk.to/DontBeShyID

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy
(Official Behind The Scenes) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever
someone clicks to watch the "Don't Be Shy" video. The income
from YouTube depends on multiple factors, such as the
geographical location of the audience, interaction with the ads,
the type of ads displayed, and CPM rates (Cost Per Mille, or
cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel
(Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00
dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the
"Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes),"
we can calculate an approximate estimate of the earnings
generated by this music video with 8,795,053 views. The
multiplication is based on $3.00 due to the prominence that
YouTube has for paying mega-artists like Tiësto & Karol G, and
it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings:
8,795,053 views
1,000 views at $1.00 = $8,795.53

Estimated maximum earnings:
8,795,053 views
1,000 views at $3.00 = $26,385.15

**[l] MARKET IMPACT**

**[i] AWARDS**

In the plagiarism of the song "Algo Diferente" as "Don't Be Shy," not only has plagiarism and violations of the copyright holder occurred, but also a fraud has been committed in the granting and receipt of the ASCAP award to the alleged co-composer; Teemu William Brunila, who received the award at the ASCAP LONDON MUSIC AWARD 2022 held in the year 2022 in London in the ASCAP category as follows:



## DON'T BE SHY | Written by Teemu Brunila

Winning Hot Dance/Electronic Song



See Link ASCAP Web Page :
**ASCAP LONDON MUSIC AWARD 2022**
https://www.ascap.com/news-events/awards/2022/london-awards

Listen to the acceptance speech of Teemu William Brunila at
ASCAP London.**https://www.youtube.com/shorts/tcFwzPS6vXk**



Teemu William Brunilda ( co-writer "Don't Be Shy" [ Tiesto /
Karol G ]

`[ii] AWARDS`

## Tiësto and Karol are nominated for the IHEARTRADIO MUSIC AWARDS 2023

Publié le 12 janvier 2023 , mis à jour le 12 janvier 2023Par - Tiëstolive



## Tiësto and Karol
## are nominated for the
## IHEARTRADIO MUSIC AWARDS 2023

**in categories**

**- Dance Artist of the Year**

**- Best Music Video: *Socially Voted Category (Don't Be Shy"-
Tiësto & Karol G)**

```
[iii] AWARDS
```

## VOTE NOW

https://glassefactory.com/dont-be-shy-to-obsessed-over-tiesto-karol-gs-coachella-performance-we-do-too/



FESTIVALSBREAKUSERNEWSTOP STORIES

# "DON'T BE SHY" TO OBSESSED OVER TIËSTO & KAROL G'S COACHELLA PERFORMANCE, WE DO TOO

Nicole Kirschner

April 1, 2022
2 Mins Read
69 Views

1 Comment

## "DON'T BE SHY" TO OBSESSED OVER TIËSTO & KAROL G'S COACHELLA PERFORMANCE, WE DO TOO

It's the first weekend of Coachella 2022 and Tiësto is making a phenomenal comeback. The Dutch DJ and house music legend has teamed up with Colombian sensation Karol G to perform their history-making hit "Don't Be Shy" and "The Business".

Headliner Karol G just performed "BICHOTA", when suddenly the stage opens up and a huge Aztec-inspired DJ station rises out of the stage revealing Tiësto's name in blinding lights. The beat of "Don't Be Shy" starts booming over the stage as Karol hits the first notes and the crowd goes wild!

This upbeat and simple dance tune wrote history in 2021: It's the first English song ever for Karol G, and the first Latin Artist collaboration for Tiësto. A match made in the electro-dance house heavens blessed us with the soundtrack to many memories of hot summer parties.

78

When the last la la la from "Don't Be Shy" died down Karol G exits the stage and the dancers rearrange, leaving the DJ in the spotlight. All eyes are on Tiësto as he hypes up the crowd and "The Business" fills the air with ecstatic tension. It continues to build, the crowd almost static with anticipation when the beat drop hits, and everyone goes crazy.

After the Coachella performance, it's easy to see how "The Business" has managed to dominate the charts worldwide since its September 2020 release. It was even nominated for Best Dance/Electronic Recording at the 64th Annual GRAMMY Awards.

This performance marked Tiësto's return to the Coachella main stage, after being the first-ever DJ to close out the stage in 2009 and again the following year. It's the perfect opportunity to stir some noise for the release of the third single from his upcoming album, "The Motto" with Ava Max, which is out now. Pop some champagne bottles to that!

## XIII. DAMAGES ESTIMATE, AUTHOR ROYALTIES, ETC.

In this case of plagiarism of the song "Algo Diferente" under Title 17 of the United States Copyright Act, the estimated economic damages are as follows:

**Actual Damages:**
The actual economic losses suffered by the copyright holder, René Lorente, due to the plagiarism. Loss of Income: The loss of income suffered by the copyright holder affected by the infringement is estimated at;
$2,000,000.00

**Unreceived Author Royalties:**
The unreceived author royalties for the composition not received by the copyright holder affected by this violation are estimated at;
$2,000,000.00

**Unreceived Artistic Master Royalties:**
The unreceived artistic master royalties for the song performed by artists Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, not received by the copyright holder affected by this violation are estimated at;
$4,000,000.00

**Unreceived Author Royalties for Re-Mixes:**
The unreceived author royalties for the composition not received by the copyright holder affected by this violation are estimated at;
$2,000,000.00

**Unreceived Artistic Master Royalties for Re-Mixes:**
The unreceived artistic master royalties for the song performed by artists Tijs Michiel Verwest a/k/a Tiësto, Carolina Giraldo Navarro a/k/a Karol G a/k/a La Bichota, not received by the copyright holder affected by this violation are estimated at;
$4,000,000.00

**[ VIDEO 1 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video)**



**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**https://www.youtube.com/watch?v=taSubkjZUA4**

**[ VIDEO 1 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**$ 1,178,927.472**

The official video of "DON'T BE SHY" (Official Music Video) was
premiered on the YouTube channel on August 12, 2021.

At the conclusion of this Expert Report, the video had
392,975,824 (Three hundred ninety-two million, nine hundred
seventy-five thousand, eight hundred twenty-four) views.

**Tiësto & Karol G - Don't Be Shy (Official Music Video)**
**392,975,824 views**

Premiered on Aug 12, 2021 #Tiesto #DontBeShy #KarolG Tiësto &
Karol G - Don't Be Shy Stream/DL:
https://tiesto.lnk.to/DontBeShyID DRIVE out now:
https://tiesto.lnk.to/DRIVEID

**Link: https://www.youtube.com/watch?v=taSubkjZUA4**

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy
(Official Music Video) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever someone clicks to watch the "Don't Be Shy" video. The income from YouTube depends on multiple factors, such as the geographical location of the audience, interaction with the ads, the type of ads displayed, and CPM rates (Cost Per Mille, or cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel (Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00 dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the "Don't Be Shy" video, we can calculate an approximate estimate of the earnings generated by this music video with 392,975,824 views. The multiplication is based on $3.00 due to the prominence that YouTube has for paying mega-artists like Tiësto & Karol G, and it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings: 392,975,824 views 1,000 views at $1.00 = $392,975.824

Estimated maximum earnings: 392,975,824 views 1,000 views at $3.00 = $1,178,927.472

**[ VIDEO 2 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**



**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**
**https://www.youtube.com/watch?v=oDF1j-y6J-k**

**[ VIDEO 2 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)**
**$ 87,666.186**

They edited a second part of the "Don't Be Shy" video. The
official video of "DON'T BE SHY" (Official Music Video Part II)
was premiered on the YouTube channel on September 3, 2021.

At the conclusion of this Expert Report, the video had
29,222,062 (Twenty-nine million, two hundred twenty-two
thousand, sixty-two) views.

Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)
29,222,062 views Premiered on Sept 3, 2021 #Tiesto #DontBeShy
#KarolG Tiësto & Karol G - Don't Be Shy Stream/DL:
https://tiesto.lnk.to/DontBeShyID

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy
(Official Music Video Part II) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever someone clicks to watch the "Don't Be Shy" video. The income from YouTube depends on multiple factors, such as the geographical location of the audience, interaction with the ads, the type of ads displayed, and CPM rates (Cost Per Mille, or cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel (Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00 dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the "Tiësto & Karol G - Don't Be Shy (Official Music Video Part II)," we can calculate an approximate estimate of the earnings generated by this music video with 29,222,062 views. The multiplication is based on $3.00 due to the prominence that YouTube has for paying mega-artists like Tiësto & Karol G, and it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings:
29,222,062 views 1,000 views at $1.00 = $29,222.062

Estimated maximum earnings:
29,222,062 views 1,000 views at $3.00 = $87,666.186

**[ VIDEO 3 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**



**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
**https://www.youtube.com/watch?v=x6G3nEKOkXw**

**[ VIDEO 3 ]**
**YouTube Channel**
**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
**$ 26,385.15**

**Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)**
8,795,053 vistas
Se estrenó el 29 sept 2021
#Tiesto  #DontBeShy  #KarolG
Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)
"Don't Be She" Out Now: https://tiesto.lnk.to/DontBeShyID

They edited a Behind The Scenes video of the "Don't Be Shy"
video. The official video of "DON'T BE SHY" (Official Behind The
Scenes) was premiered on the YouTube channel on September 29,
2021.

At the conclusion of this Expert Report, the video had 8,795,053
(Eight million, seven hundred ninety-five thousand, fifty-three)
views.

Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)
8,795,053 views Premiered on Sept 29, 2021 #Tiesto #DontBeShy
#KarolG Tiësto & Karol G - Don't Be Shy Stream/DL:
https://tiesto.lnk.to/DontBeShyID

Earnings generated by the video; Tiësto & Karol G - Don't Be Shy
(Official Behind The Scenes) On YouTube Channel (Google)

Google makes payments generated by the ads shown whenever someone clicks to watch the "Don't Be Shy" video. The income from YouTube depends on multiple factors, such as the geographical location of the audience, interaction with the ads, the type of ads displayed, and CPM rates (Cost Per Mille, or cost per thousand impressions).

An approximate responsible estimate of how YouTube Channel (Google) advertising revenue works.

The YouTube Partner Program usually earns around $1.00 to $3.00 dollars for every 1,000 views of the "Don't Be Shy" video.

Taking a range of $1.00 to $3.00 dollars per 1,000 views of the "Tiësto & Karol G - Don't Be Shy (Official Behind The Scenes)," we can calculate an approximate estimate of the earnings generated by this music video with 8,795,053 views. The multiplication is based on $3.00 due to the prominence that YouTube has for paying mega-artists like Tiësto & Karol G, and it was calculated on Tuesday, August 22, 2023, as follows:

Estimated minimum earnings:
8,795,053 views
1,000 views at $1.00 = $8,795.53

Estimated maximum earnings:
8,795,053 views
1,000 views at $3.00 = $26,385.15

## XIV. EXTENT OF PLAGIARISM AND/OR UNAUTHORIZED COPYING OF "DON'T BE SHY"

The artists, composers, and record label have continued to create new versions, sequels, countless remixes, shows, and performances worldwide, making "Don't Be Shy" a trending phenomenon without any authorization and massively extending the plagiarism. The damages, harm, and violations to the copyright holder have significantly increased due to these extensions of plagiarism resulting from the publication of the plagiarized version of "Don't Be Shy."

[a] These publications violate the rights of the Copyright Holder by omitting the true name of the composition and song, "Algo Diferente."

[b] These publications violate the rights of the Copyright Holder by omitting the name of the true author.

[c] These publications violate the Right of Reproduction (Section 106(1)) of the Copyright Holder.

[d] These publications violate the Right of Distribution (Section 106(3)) of the Copyright Holder.

[e] These publications violate the Right of Public Performance (Section 106(4)) of the Copyright Holder.

[f] These publications violate the Right of Digital Public Performance (Section 106(6)) of the Copyright Holder.

[g] These publications violate the Right to Create Derivative Works (Section 106(2)) of the Copyright Holder.

[h] These publications violate the Right of Performance (Section 106(4)) of the Copyright Holder.

[i] These publications violate the Right of Public Display (Section 106(5)) of the Copyright Holder.

[j] These publications violate Moral Rights (Section 106A) of the Copyright Holder. The damages, harm, and violations to the copyright holder and the extensive plagiarism and/or unauthorized copying of "Don't Be Shy" are estimated at $5,000,000.00 Million dollars.

## XV. MASSIVE INFRINGEMENTS:

The violations of the copyright holder of the original song titled "Algo Diferente," with the worldwide publication and release of the plagiarized song "Don't Be Shy," have spread massively across all networks worldwide. Numerous artists and musicians have uploaded versions of the song in various instrumentations to countless platforms, illegally using the composition "Algo Diferente" in the plagiarism of "Don't Be Shy." The damages, harm, and violations to the copyright holder have significantly increased due to these massive infringements resulting from the publication of the plagiarized version of "Don't Be Shy."

[a] These publications violate the rights of the Copyright Holder by omitting the true name of the composition and song, "Algo Diferente."

[b] These publications violate the rights of the Copyright Holder by omitting the name of the true author.

[c] These publications violate the Right of Reproduction (Section 106(1)) of the Copyright Holder.

[d] These publications violate the Right of Distribution (Section 106(3)) of the Copyright Holder.

[e] These publications violate the Right of Public Performance (Section 106(4)) of the Copyright Holder.

[f] These publications violate the Right of Digital Public Performance (Section 106(6)) of the Copyright Holder.

[g] These publications violate the Right to Create Derivative Works (Section 106(2)) of the Copyright Holder.

[h] These publications violate the Right of Performance (Section 106(4)) of the Copyright Holder.

[i] These publications violate the Right of Public Display (Section 106(5)) of the Copyright Holder.

[j] These publications violate Moral Rights (Section 106A) of the Copyright Holder. The damages, harm, and violations to the copyright holder and the massive spread across all networks worldwide of the plagiarism and/or unauthorized copying of "Don't Be Shy" are estimated at $5,000,000.00 Million dollars.

## XVI. VIOLATIONS OF MONETARY RIGHTS

In this case of plagiarism of the song titled "Algo Diferente" in the plagiarized work "Don't Be Shy," protected under Title 17 of the United States Copyright Act, several exclusive monetary rights granted to René Lorente, the original author of the composition "Algo Diferente," and the copyright holder, are violated. These exclusive rights include:

**Right of Reproduction (Section 106(1)):** Right of Distribution (Section 106(3)): Right of Public Performance (Section 106(4)): Right of Digital Public Performance (Section 106(6)): Right to Create Derivative Works (Section 106(2)): Right of Performance (Section 106(4)): Right of Public Display (Section 106(5)): The damages, harm, and violations to the copyright holder for the monetary rights violations due to the plagiarism and/or unauthorized copying of "Don't Be Shy" are estimated at $5,000,000.00 Million dollars.

## XVII. MORAL RIGHTS VIOLATIONS

In this case of plagiarism of the song titled "Algo Diferente" in the plagiarized work "Don't Be Shy," protected under Title 17 of the United States Copyright Act, several exclusive moral rights granted to René Lorente, the original author of the composition "Algo Diferente," and the copyright holder, are violated. These exclusive rights include:

**XVII. MORAL RIGHTS (Section 106A):**
The damages, harm, and violations to the copyright holder for the Moral Rights violations due to the plagiarism and/or unauthorized copying of "Don't Be Shy" are estimated at $5,000,000.00 Million dollars.

**XVIII. DEFENDANT'S PROFITS:**
From the economic gains that the infringer obtained directly and unlawfully as a result of the plagiarism, compensation is estimated for the Copyright Holder at $2,000,000.00 Million dollars.

**XIX. BENEFITS FROM SOUNDEXCHANGE:**
From the economic gains that the infringer obtained directly and unlawfully from SoundExchange as a result of the plagiarism, compensation is estimated for the Copyright Holder at $2,000,000.00 Million dollars.

**XX. ATTORNEY'S FEES AND COSTS:**

Request for the infringer to cover the attorney's fees and legal costs incurred as part of the legal process, especially in this case of intentional or willful infringement.

**XXI. TOTAL DAMAGES AND HARM, COPYRIGHT VIOLATION, PLAGIARISM, MORAL AND MONETARY RIGHTS.**

| | |
|---|---|
| Actual Damages | $ 2,000,000.00 |
| Extent of Plagiarism | $ 5,000,000.00 |
| Massive Infringements | $ 5,000,000.00 |
| Monetary Rights | $ 5,000,000.00 |
| Moral Rights | $ 5,000,000.00 |
| Other Benefits | $ 2,000,000.00 |
| Copyright Royalties - Single "Don't Be Shy" | $   560,000.00 |
| Copyright Royalties - Drive "Don't Be Shy" | $   649,600.00 |
| Copyright Royalties - Spotify "Don't Be Shy" | $ 2,000,000.00 |
| Copyright Royalties | $ 2,000,000.00 |
| Copyright Royalties Remixes | $ 2,000,000.00 |
| Artistic Royalties for Master | $ 4,000,000.00 |
| Artistic Royalties for Master Remixes | $ 4,000,000.00 |
| SoundExchange | $ 2,000,000.00 |
| Other Digital Platforms "Don't Be Shy" Vinyl, Apple Music, iTunes Store, Amazon, Pandora, SoundCloud, Tidal, Deezer, Napster, Amazon Music Official Music | $ 4,000,000.00 |
| Video I "Don't Be Shy" | $ 1,178,927.47 |
| Official Music Video II "Don't Be Shy" | $    87,666.18 |
| Official Music Video – Behind The Scenes "Don't Be Shy" | $    26,385.15 |
| Attorney's Fees $ | |
| **Sub-Total ( preliminary )** | **$ 46,502,578.80** |

## XXII. FINAL CONCLUSION

In summary, in this Expert Report, I have conducted a comprehensive investigation into matters related to the violation of the Copyright Holder and Plagiarism concerning the original song composed in the year 1998 and titled: "Algo Diferente" by composer René Lorente, and the plagiarism titled: "Don't Be Shy" by composers Tijs Michiel Verwest, Carolina Giraldo Navarro, Yoshi L H Breen, Teemu William Brunila, and Jonas David Kroper, performed and globally popularized by artists Tiësto and Karol G.

Through a detailed analysis of the musical, lyrical, and structural elements of both songs, it has been determined that there are undeniable significant similarities that go beyond the boundaries of common influence or casual coincidence. In the realm of the arts, "coincidences" are highly improbable.

Hence, any resemblance stemming entirely is merely plagiarism, a copy, a theft, an encroachment upon the rights of the Copyright Holder, or a violation of copyright. These resemblances encompass distinctive melodic elements, harmonic progressions, and lyrical structures that certify a direct relationship between both compositions.

From an expert perspective, I have thoroughly examined the scope of copyright and the laws governing intellectual property protection. Through this evaluation, I have found that the creative and unique elements of "Algo Diferente" have been substantially incorporated into "Don't Be Shy," thereby giving rise to a copyright infringement and plagiarism of the song and composition.

The assessment of damages has taken into account factors such as potential impact on the reputation and careers of the involved artists and composers, as well as the loss of income and moral damages associated with copyright infringement and plagiarism, extensive proliferation of plagiarism, and ongoing plagiarism.

Furthermore, regarding the fraudulent obtaining of the ASCAP award granted to Teemu William Brunila for the song "Don't Be Shy," it could be fraudulent since the implicated song has been identified as a plagiarism of the song "Algo Diferente."

In conclusion, based on the detailed analysis of the allegations and findings presented, I conclude that substantial evidence supports the claims of copyright infringement and plagiarism, unauthorized use, mutilation of the work, and moral and monetary damages in relation to the songs "Algo Diferente" and the plagiarized song "Don't Be Shy."

This Expert Report is preliminary in nature, and we reserve the right to amend it.

Prepared by:

Signature:

**/Richie Viera/ e-signature**
Richard A. Viera Cintrón
Expert in Entertainment Cases
Tuesday, August 22, 2023

93