# EXHIBIT B-2

```
-------------------------------------------------------------------
EXPERT REPORT AND INVESTIGATION REGARDING THE ROLE OF THE RECORD
COMPANY WARNER RECORDS V/S WARNER MUSIC GROUP COMPANY, ATLANTIC
RECORDS IN CASE No. 24-23066-CIV-ALTONAGA/Reid
-------------------------------------------------------------------

René Lorente García a/k/a René Lorente et al
Plaintiffs,

v

Tijs Michiel Verwest a/k/a Tiësto
Carolina Giraldo Navarro a/k/a Karol G
a/k/a La Bichota,
Yoshi L H Breen,
Teemu William Brunila a/k/a Teemu,,
Jonas David Kroper a/k/a Jonasu,
Musical Freedom Publishing, Musical Freedom Publishing
c/o Kobalt Songs Music Publishing,
Karol G Music Production Publishing,
Karol G Music Production Publishing
c/o Songs of Kobalt Music Publishing.,
Strengholt Music Publishing BV
c/o BMG Platinum Songs US, BMG Platinum Songs US,
SONY Music Publishing BV
c/o SONY/ATV Tunes LLC.,
SONY Music Publishing UK Limited
c/o SONY/ATV Tunes LLC.,
Atlantic Records, Atlantic Recording Corporation,
Musical Freedom Records,
Musical Freedom, LLC.
c/o Atlantic Recording Corporation. et al.
Defendants
-------------------------------------------------------------------
            Conducted during the month of January of 2025
 Commencing on Monday, January 6, 2025 and concluded on Tuesday,
                     January 21, 2025 by:
 Richie Viera (Expert in Entertainment Law Cases, Musicologist,
                    Copyright Specialist)
-------------------------------------------------------------------
```



**RICHIE VIERA**
*a single name for everything you need in the music and entertainment industry"*

MUSIC AND ENTERTAINMENT INDUSTRY WITNESS
EXPERT IN DAMAGE CASES IN THE ENTERTAINMENT INDUSTRY
IN MORAL RIGHTS, AUTHORAL RIGHTS, COPYRIGHT INFRINGEMENT
REGISTRATION OF TRADEMARKS
IN SUPERIOR COURT OF PUERTO RICO
U.S. FEDERAL DISTRICT COURT OF PUERTO RICO
UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK & BOSTON
ARTS & CULTURE CONSULTANT, WRITER, TV AND RADIO HOST PRODUCER,
MUSICOLOGIST,
RECORDS VINYL EXPERT, HISTORIAN, SEMINARIST,
AGENT & ARTIST AND ORCHESTRAS MANAGER,
RECORD PRODUCER, NATIONAL AND INTERNATIONAL ENTERTAINMENT
PRODUCER,
EXPERT MAKING COMPILATIONS OF RECORDINGS
AND STORIES, RE-EDITING CLASSIC AND HISTORICAL RECORDINGS OF
HISTORICAL COMPANIES IN VINYL BOX SET
AND DELUXE CDS
SOUND ENGINEERING AND MASTERING

PO Box 364632, San Juan, Puerto Rico 00936-4632
Tel. (787) 261-2569 | Cel. (787) 679-0830
E-Mail – richieviera@gmail.com | Web Page – www.richieviera.com
Facebook - Richie Viera | Twitter - @richieviera | Skype ID - richie.viera

-----------------------------------------------------------------

2

## I. INTRODUCTION

We have been hired to conduct an investigation regarding the role of the record company Warner Records v/s Warner Music Group Company in Case No. 24-23066-CIV-ALTONAGA/Reid, and the **DEFENDANTS' MOTION PURSUANT TO RULE 12(b)(6) TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT,** filed on January 2, 2025.

## II. BACKGROUND

Atlantic Records, founded in 1947, is a renowned American record label recognized for its contributions to the music industry. Warner Music Group ( WMG ), established as an independent entity in 2004 after its separation from Time Warner Inc., is a leading multinational music conglomerate. WMG operates numerous subsidiaries, including Atlantic Records, Warner Records, Elektra Records, under its corporate umbrella.

## III. EVIDENCE SUPPORTING THE RELATIONSHIP

1. **Public Filings and Corporate Disclosures:**
   - Warner Music Group's Annual Report (Form 10-K), filed with the U.S. Securities and Exchange Commission (SEC), lists Atlantic Records as one of its operational divisions. For instance, in WMG's 2023 Annual Report, Atlantic Records is explicitly mentioned as a core subsidiary responsible for artist management and music production.
2. **Official Websites and Branding:**
   - The Warner Music Group's official website (www.wmg.com) categorically lists Atlantic Records as part of its family of labels. Similarly, Atlantic Records' website (www.atlanticrecords.com) acknowledges its affiliation with WMG.
3. **Corporate Organizational Charts:**
   - Organizational charts available in WMG's public disclosures clearly indicate that Atlantic Records operates under the parent company's Label Group structure, reporting to senior executives of WMG.
4. **Press Releases, Copyright Notices and Statements:**
   - Numerous press releases, Copyright Notices on CDS, LPS, etc, and official statements from WMG corroborate Atlantic Records' position as a division of the conglomerate.

5. For example, a music production release dated on April 21, 2023 of Tiësto's album *Drive*, is produced under his own label, **Musical Freedom, LLC**, and is exclusively licensed to **Atlantic Recording Corporation**, a subsidiary of **Warner Music Group**. Atlantic Records operates as a flagship label within WMG's.

6. **Trademark Ownership:**
   - The trademark for "Atlantic Records" is registered under Warner Music Group Corp. with the United States Patent and Trademark Office (USPTO), further evidencing WMG's control and ownership of the brand.

7. **Copyright Notice on back cover album and CD**



See Copyright Notice on the back cover album of Tiësto's album *Drive*, which includes the plagiarized track "Don't Be Shy."

4



Logo of Musical Freedom



Bardcode of Tiësto's album *Drive*, which includes the plagiarized track "Don't Be Shy."



## 8. Registration of SR (Sound Recording) Registration Number / Date SR0000961327 / 2023-04-25

This is the registration of SR (Sound Recording) Registration Number / Date SR0000961327 / 2023-04-25 for the artist Tiesto and the album titled "Drive," which includes the plagiarized track "Don't Be Shy." Note the copyright claimant:

**Musical Freedom, LLC.**
It certifies that its address in the United States is:
Address: c/o Atlantic Recording Corporation, 1633 Broadway, New York, NY, 10019, United States.

**Atlantic Recording Corporation, Transfer:**
By written agreement.
Address: 1633 Broadway, New York, NY, 10019, United States.

5

Take note of where it certifies its residence and citizenship:

**Authorship on Application**
Musical Freedom, LLC, employer for hire;
Domicile: United States.
Authorship: sound recording.

**Musical Freedom, LLC.**
1633 Broadway, New York, NY, 10019, United States.

Musical Freedom is a company owned by the defendant Tijs Michiel Verwest "Tiesto", and in this registration submitted by Tiesto, he commits perjury and falsehood by certifying that his domicile is in the United States.

Musical Freedom, LLC.
1633 Broadway, New York, NY, 10019, United States.

This certification was issued by the Copyright Office of the United States.

Labeled View

*Tiesto - "DRIVE".*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000961327 / 2023-04-25 |
| **Application Title:** | Tiesto - "DRIVE". |
| **Title:** | Tiesto - "DRIVE". |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Musical Freedom, LLC. Address: c/o Atlantic Recording Corporation, 1633 Broadway, New York, NY, 10019, United States. |
|  | Atlantic Recording Corporation, Transfer: By written agreement. Address: 1633 Broadway, New York, NY, 10019, United States. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-04-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Musical Freedom, LLC, employer for hire; Domicile: United States. Authorship: sound recording. |
| **Pre-existing Material:** | sound recording, Tracks 1-4, 6, 7, 9 and 12 were previously released. |
| **Basis of Claim:** | sound recording, The new material upon which this claim is based includes tracks 5, 8, 10, and 11. |
| **Copyright Note:** | Basis for Registration: Collective work. |
| **Contents:** | 1. Tiesto - "All Nighter". |
|  | 2. Tiesto & Ava Max - "The Motto". |
|  | 3. Tiesto & Tate McRae - "10:35". |
|  | 4. Tiesto - "The Business". |
|  | 5. Tiesto & A Boogie Wit Da Hoodie - "Chills (LA Hills)". |
|  | 6. Tiesto & Charli XCX - "Hot In It". |
|  | 7. Tiesto & Black Eyed Peas - "Pump It Louder". |
|  | 8. Tiesto - "Learn 2 Love". |
|  | 9. Tiesto & KAROL G - "Don't Be Shy". |
|  | 10. Tiesto & Freya Ridings - "Bet My Dollar". |
|  | 11. Tiesto & AR/CO - "Back Around". |
|  | 12. Tiesto - "Lay Low". |
| **Names:** | Musical Freedom, LLC |
|  | Atlantic Recording Corporation |

7

## 9. Registration of SR (Sound Recording) Registration Number / Date
SR0000968806 / 2023-07-12

This is the registration of SR (Sound Recording) Registration Number / Date SR0000968806 / 2023-07-12 for the artist Tiesto and the album titled **"Drive," Continuous DJ Mix** which include s the plagiarized track "Don't Be Shy." Note the copyright claimant:

**Musical Freedom, LLC.**
It certifies that its address in the United States is:
Address: c/o Atlantic Recording Corporation, 1633 Broadway, New York, NY, 10019, United States.

**Atlantic Recording Corporation, Transfer:**
By written agreement.
Address: 1633 Broadway, New York, NY, 10019, United States.

Take note of where it certifies its residence and citizenship:

**Authorship on Application**
Musical Freedom, LLC, employer for hire;
Domicile: United States.
Authorship: sound recording.

**Musical Freedom, LLC.**
1633 Broadway, New York, NY, 10019, United States.

Musical Freedom is a company owned by the defendant Tijs Michiel Verwest "Tiesto", and in this registration submitted by Tiesto, he commits perjury and falsehood by certifying that his domicile is in the United States.

Musical Freedom, LLC.
1633 Broadway, New York, NY, 10019, United States.

8

This certification was issued by the Copyright Office of the United States.

### *DRIVE Continuous DJ Mix.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000968806 / 2023-07-12 |
| **Application Title:** | Tiesto - "DRIVE Continuous DJ Mix". |
| **Title:** | DRIVE Continuous DJ Mix. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Musical Freedom, LLC. Address: c/o Atlantic Recording Corporation, 1633 Broadway, New York, NY, 10019, United States. |
| | Atlantic Recording Corporation, Transfer: By written agreement. Address: 1633 Broadway, New York, NY, 10019, United States. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-06-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Musical Freedom, LLC, employer for hire; Domicile: United States. Authorship: sound recording. |
| **Pre-existing Material:** | sound recording, the original sound recordings that were previously released in tracks 1-15. |
| **Basis of Claim:** | sound recording, remixes from previously released sound recordings in tracks 1-15. . |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Collective work. |
| **Contents:** | 1. Tiesto - "Intro - Mixed" . |
| | 2. Tiesto - "The Business - Mixed" . |
| | 3. Tiesto & Tate McRae - "10:35 - Mixed". |
| | 4. Tiesto - "Learn 2 Love - Mixed". |
| | 5. Tiesto & AR/CO - "Back Around - Mixed". |
| | 6. Tiesto & Charli XCX - "Hot In It - Mixed". |
| | 7. Tiesto & Ava Max - "The Motto - Mixed". |
| | 8. Tiesto & Freya Ridings - "Bet My Dollar - Mixed". |
| | 9. Tiesto & A Boogie Wit da Hoodie - "Chills (LA Hills) - Mixed". |
| | 10. Tiesto & Black Eyed Peas - "Pump It Louder - Mixed". |

9

    11. Tiesto - "All Nighter - Mixed".
    12. Tiesto & KAROL G - "Don't Be Shy - Mixed".
    13. Tiesto - "Lay Low- Mixed".
    14. Tiesto - "Yesterday - Mixed".
    15. Tiesto - "Drifting - Mixed".

  **Names:** Musical Freedom, LLC
      Atlantic Recording Corporation


**See the Link of Musical Freedom, LLC.**
https://eat.studio/work/musical-freedom-records

**Musical Freedom, LLC. Los Angeles**
777 S Alameda St | Spaces - ROW DTLA 2nd floor
US 90021 — Los Angeles — CA


**IV. LEGAL PRECEDENTS AND CASE LAW** In several prior cases, courts have recognized the relationship between parent companies and their subsidiaries through similar evidence:

- *Doe v. Unocal Corp.*, 248 F.3d 915 (9th Cir. 2001): Demonstrates that SEC filings and corporate reports are admissible evidence to establish a parent-subsidiary relationship.
- *United States v. Bestfoods*, 524 U.S. 51 (1998): Highlights the legal principles for distinguishing corporate entities within a parent company structure.

10

## V. CONCLUSION

Based on the foregoing evidence, it is unequivocal that Atlantic Records is a division of Warner Music Group. The relationship is substantiated through public filings, official disclosures, and corporate governance documents. We respectfully request the Court to recognize this relationship in the relevant proceedings.

Warner Music Group (WMG) is a prominent multinational entertainment and record label conglomerate with a diverse portfolio of subsidiaries and affiliated companies worldwide. Below is a selection of key entities under WMG:

Major Record Labels:

- Atlantic Records
- Warner Records
- Parlophone Records
- Elektra Records
- Reprise Records
- Rhino Entertainment
- Warner Music Nashville
- Warner Classics

Music Publishing:

- Warner Chappell Music

Distribution and Services:

- Alternative Distribution Alliance (ADA)
- WMX (formerly Warner-Elektra-Atlantic Corporation)

Specialty Labels and Divisions:

- Arts Music Inc.
- Asylum Worldwide LLC
- IMGN Media
- Level (Radar Scope Ltd. (UK))
- Non-Stop Music Holdings, Inc.
- Nonesuch Records Inc.
- Uproxx LLC
- 615 Music

11

- X5 Group AB

International Affiliates:

- Warner Music Sweden AB
- Warner Music Norway A/S
- Warner Music Philippines Inc.
- Warner Music Poland spółka z ograniczoną odpowiedzialnością
- Warner Music Portugal Ltd.
- Warner Music Singapore Pte Ltd.
- Warner Music South Africa (Pty) Ltd.
- Warner Music Spain, S.L.
- Warner Music Switzerland AG
- Warner Music Taiwan Limited
- Warner Music (Thailand) Ltd.
- Warner Music Ukraine
- Warner Music UK Limited

This list is not exhaustive but highlights some of the primary subsidiaries and affiliates that contribute to Warner Music Group's global operations.

The fusion of **Atlantic Records** with **Warner Music Group (WMG)** refers to the legal and operational integration of Atlantic Records, an iconic record label, into the corporate structure of Warner Music Group. Here's a breakdown of the legal and structural aspects of this merger or acquisition:

1. Legal Background

- **Atlantic Records**, established in 1947, was renowned for its contributions to genres like R&B, soul, and rock.
- It was acquired by **Warner Bros.-Seven Arts** in 1967, which later became Warner Communications.
- Warner Communications eventually evolved into **Warner Music Group**, encompassing Atlantic Records as one of its flagship labels.

2. Nature of the Fusion

- The integration was not a merger of equals but rather an acquisition where Atlantic Records became a wholly-owned subsidiary of Warner Music Group.

12

- This means Atlantic retained its branding and creative independence while operating under WMG's umbrella.

3. Legal Implications

- **Corporate Governance**: Atlantic Records adhered to Warner Music Group's overarching governance policies, ensuring compliance with legal, ethical, and financial standards.
- **Intellectual Property**: All trademarks, copyrights, and artist contracts held by Atlantic were transferred to or managed by WMG.
- **Employment Agreements**: Employees of Atlantic became part of WMG, subject to employment policies and benefits determined by the parent company.
- **Antitrust Compliance**: Such transactions are typically subject to scrutiny by antitrust authorities to ensure they do not stifle competition in the music industry.

4. Operational Impact

- **Resource Sharing**: Atlantic gained access to WMG's global distribution network, marketing resources, and technological advancements.
- **Strategic Alignment**: Atlantic's strategic priorities aligned with WMG's broader goals, leveraging synergies for global growth.
- **Autonomy**: Despite the integration, Atlantic maintained creative autonomy to preserve its brand identity and artist relationships.

5. Current Status

- Today, Atlantic Records operates as one of the most successful divisions within Warner Music Group, contributing significantly to WMG's revenue through a roster of high-profile artists and a legacy of iconic music.

This fusion reflects a strategic move by WMG to consolidate its position as a global music powerhouse while allowing Atlantic Records to thrive under its expansive infrastructure.

13

The relationship between **Warner Music** and **Warner Music Group (WMG)** lies in the distinction between the brand and the corporate entity that houses it. Here's a breakdown of the relationship:

**1.** Warner Music Group (WMG)

- **WMG** is the corporate parent and a publicly traded company that oversees all music-related operations within its structure.
- It is responsible for managing subsidiaries, music publishing, recording, distribution, and marketing.
- As a conglomerate, WMG owns and operates a variety of labels, services, and divisions, including Warner Records, Atlantic Records, and Warner Chappell Music.

Tiësto's album *Drive*, released on April 21, 2023, is produced under his own label, **Musical Freedom, LLC**, and is exclusively licensed to **Atlantic Recording Corporation**, a subsidiary of **Warner Music Group**.

This arrangement grants Atlantic Recording Corporation the exclusive rights to distribute, market, and promote the album globally, while Tiësto retains ownership of the master recordings through his label, Musical Freedom.

In summary, while Tiësto owns the master recordings of *Drive* via Musical Freedom, the album's production, distribution, and marketing are managed by Atlantic Recording Corporation under Warner Music Group.

**Thomas Monahan's sworn declaration.**
Thomas Monahan, as Vice President of Litigation for Warner Music Group, in his sworn declaration, could have better clarified to the court that Atlantic Records and Atlantic Music Corporation are divisions of Warner Music Group, just as he stated that Warner Records is a division of the same conglomerate. His omission to explicitly address the relationship of Atlantic Records and Atlantic Music Corporation within Warner Music Group appears to be an attempt to mislead the court. Upon analyzing his statement, this lack of full disclosure raises concerns about the intention behind the selective information provided, especially considering the significant overlap and interconnected nature of these entities under Warner Music Group.
This incomplete representation could potentially lead the court to erroneous conclusions about the involvement or non-involvement of these divisions in the matter at hand.

In response to the allegations made by the Defendants in the Second Amended Complaint (SAC) seeking to dismiss the claims against Warner, we respectfully argue the following:

**Misunderstanding of Warner's Role:** Warner Records is a record label and a division of the multinational conglomerate Warner Music Group Company. The musical production by artist Tiesto, titled *"Drive"*—which contains the plagiarized track *"Don't Be Shy"*—was published by Atlantic Records, which is also a division of Warner Music Group Company. In this lawsuit, Warner Music Group Company is responsible.

The Defendants and Thomas Monahan, as Vice President of Litigation for Warner Music Group have failed to adequately explain the roles of Warner Music Group Company and Warner Records. The reality is that Warner Records, the record label, is **not responsible**. The company that published the musical production by artist Tiesto, titled *"Drive"*—containing the plagiarized track *"Don't Be Shy"*—is Atlantic Records, not Warner Records and Atlantic Records is also a division of Warner Music Group Company

This Expert Report is preliminary in nature, and we reserve the right to amend it.

Prepared by:

Signature: _____
/Richie Viera/ e-signature
Richard A. Viera Cintrón
Expert in Entertainment Cases
Tuesday, January 21, 2025

15