# EXHIBIT B

**(BY) LAWRENCE FERRARA, Ph.D.**
**(FOR) LAWRENCE FERRARA, INC.**

**REPORT REGARDING**

***Lorente v. Karol G et al.***

## I.     INTRODUCTION AND SUMMARY

1.      I am a musicologist on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School.  I have written and co-written published books and peer-reviewed journal articles regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I am a long-standing member of two editorial boards of peer-reviewed journals in music respectively published by Indiana University Press and University of Illinois Press.  I have been an active music copyright consultant for record, music publishing, and motion picture companies, and artists and other individuals in the United States and abroad for more than 25 years, and I have given testimony at landmark trials such as on behalf of Andrew Lloyd Webber in *Repp v. Webber* (1998, *The Phantom of the Opera*), on behalf of Led Zeppelin in *Skidmore v. Led Zeppelin* (2016, "Stairway to Heaven"), and on behalf of Ed Sheeran in *Griffin v. Sheeran* (2023, "Thinking Out Loud") to name only three.  I have given invited lectures on music copyright at Harvard University Law School in each of the last fifteen years, at Columbia University Law School over a period of fifteen years, at other law schools, and for companies (such as Netflix and others) and organizations (such as the American College of Trial Lawyers, the Los Angeles Copyright Society, and others).  I have also presented several peer-reviewed papers regarding music copyright at meetings of the American Musicological Society GNY.  I have given many panel presentations for organizations such as the Copyright Society of the United States and others.  My *curriculum vitae* and Rule 26 disclosure are included and attached as **Appendix 1**.

1

2.      I have completed a comparative musicological analysis of the compositions in Plaintiff's "Algo Diferente" – which I understand was composed in 1998, released in 2000, and recorded by Rene Lorente Garcia (a/k/a Rene Lorente) – and Defendants' "Don't Be Shy" – which I understand was released in 2021 and recorded by Karol G and Tiësto.  The purposes of my comparative musicological analysis include:

(a)      assessing whether or not any similarities or differences are significant from a musicological perspective;

(b)      assessing whether or not there is musicological evidence that expression from "Algo Diferente" is copied in "Don't Be Shy";

(c)      researching whether or not any shared similarities exist in "prior art" (for purposes of this report, "prior art" refers to musical compositions that predate the alleged 1998 creation of "Algo Diferente");

(d)      filtering out commonplace expression at issue that is found in prior art, and

(e)      assessing the significance of the expression that remains after the filtration process is completed.

3.      I also reviewed the report of Richard A. Viera Cintró (a/k/a Richie Viera) dated August 22, 2023 and I write to provide my preliminary response to the Viera Report (as it relates to musicology; I do not address the "damages" aspect of the Viera Report).[1]

**I(A)    Summary of Findings**

4.      As explained and analyzed below, on the basis of my musicological research and analysis, it is my professional opinion that there are no significant structural, harmonic, rhythmic, or melodic similarities, individually or in the aggregate, between "Algo Diferente" and "Don't Be Shy".   Any alleged similarities between "Algo Diferente" and "Don't Be Shy" were in common use prior to "Algo Diferente" and

---

[1]      I reserve the right to provide an additional rebuttal to the Viera Report, as well as any additional putative expert witness reports submitted by Plaintiff, in advance of the March 17, 2025 deadline.

comprise commonplace musical building blocks.  Accordingly, there is no objective musicological evidence from which to conclude that "Don't Be Shy" copies any expression from "Algo Diferente". To summarize:

    (a)    The structures in "Algo Diferente" and "Don't Be Shy" are very different.

    (b)    Any harmonic similarity is a commonplace musical building block that long predates "Algo Diferente" and most of the harmony throughout "Algo Diferente" is different from the harmony in "Don't Be Shy".

    (c)    The overall rhythms in "Algo Diferente" and "Don't Be Shy" are different.

    (d)    Any melodic similarity is insignificant because: (1) it is a function of, and based on, an insignificant harmonic (musical building block) similarity, (2) it is found in multiple works that pre-date "Algo Diferente", and (3) the overall melodies throughout the majority of "Algo Diferente" are very different from melodies in "Don't Be Shy".

    (e)    "Algo Diferente" and "Don't Be Shy" in their entireties are very different compositions.

    (f)    Based on the foregoing, there is no musicological evidence that any expression in "Don't Be Shy" was copied from "Algo Diferente".

5.    The Viera Report fails, for a number of reasons, including:

- it proceeds from the false assumption that any similarities between two musical works are necessarily due to copying;
- its arguments are based on erroneous transcriptions;
- it concedes that the allegedly similar harmonic elements of "Algo Diferente" and "Don't Be Shy" are "quite common" but nonetheless

3

inconsistently finds that these "quite common" similar elements are evidence of copying;

- it emphasizes alleged melodic similarities (ignoring that most of the alleged similarities appear in musical works that pre-existed "Algo Diferente") while downplaying and/or omitting melodic differences;

- it illogically and groundlessly finds that "non-verbal syllables" in "Don't Be Shy" are evidence that an instrumental melody in "Algo Diferente" has been copied; and

- it omits any consideration of prior art, a failure that makes all of its conclusions about copying baseless because consideration of prior art is essential to any musicological analysis of alleged similarities between two works.

## I(B)    Materials Used

6.      The following materials were used in this report:

(a)     the audio of "Algo Diferente" that I downloaded from iTunes and attached as Track 1 on **Audio Exhibit 1**;

(b)     the audio of "Don't Be Shy" that I downloaded from iTunes and attached as Track 2 on **Audio Exhibit 1**;

(c)     prior art (musical compositions that were released before 1998) with YouTube links or sheet music;

(d)     musical transcriptions that I created; and

(e)     the Viera Report dated August 22, 2023.

## I(C)    Overall Methodology

7.      I completed research and musicological analyses of the compositions in "Algo Diferente" and "Don't Be Shy" using the following overall methodology:

4

(a)     comparative analyses of form/structure, rhythm, harmony, and melody[2], individually and in combination, in the entirety of "Algo Diferente" and "Don't Be Shy" including the creation of comparative transcriptions in musical notation;

(b)     research into prior art;

(c)     creation of tripartite transcriptions consisting of the relevant expression in each prior art work, "Algo Diferente", and "Don't Be Shy";

(d)     filtering out the expression that represents musical building blocks and commonplace elements found in prior art; and

(e)     assessing the expression that remains in "Don't Be Shy" after the filtration process described in (d) above is completed.

## I(D)     Musical Compositions and Basic Terminology

8.     A musical composition is comprised of certain distinct and identifiable elements that can be analyzed separately and in combination.  When analyzing two compositions, some elements are more fundamental than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody; and, when present (5) lyrics.[3]  On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys but in the same modality, namely both in major keys or both in minor keys), tempo (i.e., how fast or slow works are performed), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less or not at all significant insofar as they represent

---

[2]     There are no lyrics in "Algo Diferente".

[3]     For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals) …the basic elements of music are: melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156.) In addition and as cited in Rosen (footnote 19 on page 156): "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm.' 97 F.Supp.2d 539, 543 (S.D.N.Y.2000)."

musical building blocks and/or commonplace practices used in countless musical compositions.  Brief definitions of the five enumerated elements listed above follow.

    (a)    **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics.  The larger sections of <u>songs</u> are generally referred to as "Verses" and "Choruses".  The material within Verses and Choruses or sections of a composition consists of "phrases".

    (b)    **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords".[4]  A sequence of chords is referred to as a "harmonic (or chord) progression".  "Harmonic rhythm" is the rate of change of chords.[5]

    (c)    **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow in musical time.[6]

    (d)    **Melody** is a single line of music that consists primarily of a succession (<u>i.e.</u>, a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.[7]

    (e)    **Lyrics** are the words (or text) that are sung or spoken in a song.

---

[4]    See "Harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press, p. 379) and *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Vol. 10, p. 858).

[5]    See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

[6]    See "Rhythm" in *Harvard* (p. 723) and *Grove* (Vol. 21, p. 277).

[7]    See "Melody" in *Harvard* (p. 499) and *Grove* (Vol. 16, p. 363).

## II.      ANALYSIS OF "ALGO DIFERENTE" AND "DON'T BE SHY"

### II(A)   Structure/Form

9.      A structural chart provides a map of the structural sections in a musical composition.  The charts of the respective structures in the musical compositions "Algo Diferente" and "Don't Be Shy" presented immediately below include the number of bars[8] in each section as well as the starting time of each section (rounded to the nearest second) and a name of each structural section.

| "ALGO DIFERENTE" STRUCTURAL CHART | | | | "DON'T BE SHY" STRUCTURAL CHART | | |
|---|---|---|---|---|---|---|
| 00:01 | Section A | 9 bars* | | 00:01 | Intro | 4 bars |
| 00:20 | Section B1 | 8 bars | | 00:09 | Verse 1 | 8 bars |
| 00:37 | Section C | 5 bars | | 00:25 | Chorus 1 | 8 bars |
| 00:46 | Section D1 | 16 bars* | | 00:41 | Post-chorus 1 | 8 bars |
| 01:21 | Section E | 8.5 bars | | 00:57 | Verse 2 | 8 bars |
| 01:40 | Section B2 | 8 bars | | 01:13 | Chorus 2 | 8 bars |
| 01:57 | Section F | 36 bars** | | 01:29 | Post-chorus 2 | 8 bars |
| 03:06 | Section D2 | 16 bars* | | 01:45 | Bridge | 8 bars |
| | (ends at 3:47) | | | 02:01 | Chorus 3 | 8 bars |
| | | | | | (ends at 2:21) | |

*Sections A and E contain 8 bars in 4/4 time and 1 bar in 2/4 time.

* Sections D1 and D2 contain 14 bars in 4/4 time and 2 bars in 2/4 time.

** Section F contains 29 bars in 4/4 time and 7 bars in 2/4 time.

---

8      A "bar" (also termed a "measure") is a unit of musical time demarcated by vertical lines termed "bar lines."  In 4/4 time or "meter", a bar consists of four quarter beats.

7

10. As demonstrated above, "Algo Diferente" contains no vocal melody and no lyrics. For that reason, as well as because it contains no verse, chorus, or bridge sections, "Algo Diferente" is not a "song"[9] in the traditional sense. "Don't Be Shy," by contrast, is a paradigmatic "song," with a verse-chorus-bridge structure and a main melody expressed in the vocal line. Thus, there are no significant structural similarities between "Algo Diferente" and "Don't Be Shy", and in fact the musical works are structurally very different.

11. As demonstrated above, I have identified six discrete sections in "Algo Diferente" (A-F), two of which (B and D) each repeat once. Sections D1 and D2 are the only sections that contain any alleged potential "similarity" to "Don't Be Shy". As discussed below, the only sections of "Don't Be Shy" that contain any alleged similarities to Sections D1 and D2 of "Algo Diferente" are the Introduction, Chorus, and Post-chorus and as shown below, after filtering out prior art (which Mr. Viera failed to do), all that remains are a few fragmented notes in only two or three bars and which do not represent a coherent melody.

12. In summary, on the basis of my analysis, I found that while there are no significant structural similarities, there are very significant structural differences between "Algo Diferente" and "Don't Be Shy".

**II(B)   Harmony**

13. As briefly defined in paragraph 8(b) above, harmony refers to pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of chords. A sequence of chords is called a chord progression. Harmony consists of both the sequence of chords (i.e., a chord progression) and harmonic rhythm (i.e., the rate of change of the chords).

14. The "key" of a musical composition identifies "the tonal center or tonic…defined in terms of the particular major or minor scale from which its principal

---

[9]    A "song" is "A form of musical expression in which the human voice has the principal role and is the carrier of a text…." *Harvard* (p. 803).

pitches are drawn".[10]  In addition, *The Harvard Dictionary of Music* (at p. 442) explains that there are two main types of keys, "major and minor".  Major and minor keys are musical building blocks.

15.     "Algo Diferente" begins in the key of F <u>major</u>, but Sections D1 and D2 in "Algo Diferente" (respectively commencing at 0:46 and 3:06 as shown in the structural chart above) are in the key of D <u>minor</u>.  By way of harmonic difference, the entirety of "Don't Be Shy" is in the key of B minor.  Thus, while there is a change from a major to a minor key (from F <u>major</u> to D <u>minor</u>) within "Algo Diferente", there is no such change in key within "Don't Be Shy" which is wholly in a <u>minor</u> key (B minor).

16.     Insofar as the portion at issue in "Algo Diferente" is in a minor key, in keeping with standard musicological practices, in this report, transcriptions in musical notation of the portions at issue in "Algo Diferente" and "Don't Be Shy" are transposed[11] to the same key, A minor, to facilitate the analysis.[12]

<u>The Chord Progressions Are Not the Same in "Algo Diferente" and "Don't Be Shy"</u>

17.     Chord progressions are commonplace musical building blocks that have been used in music for centuries.  Here, as shown in the chord chart immediately below (and in the section on "Melody" later in this report), the chord progressions in Section D in "Algo Diferente" (sometimes hereinafter, "Algo") and in the Chorus of "Don't Be Shy" (sometimes hereinafter, "Don't") are not the same.[13]

---

[10]     See "Key" in *Harvard*, p. 442.

[11]     "Transposition" is the act of transferring music from one key to another, note for note.  The relationship of all the notes to one another remains the same.  (See "Transposition" in *Harvard*, p. 904.)

[12]     I have transposed both songs into the key of A minor because there are no sharps or flats in the key signature of A minor making it easier to read the transcriptions.

[13]     Notably, what I have marked (for the sake of clarity) as "bar 1" in "Algo Diferente" is actually a "pickup" ("one or more notes preceding the first metrically strong beat, usually the first beat of the first complete measure of a phrase or section of a composition") also termed an "upbeat" (*Harvard* p. 660)).  In contrast, what I have marked as "bar 1" in "Don't Be Shy" is a complete bar, which is different from "Algo

| bar 1 | bar 2 | bar 3 | bar 4 |
|---|---|---|---|
| Algo:  G5  N.C.  A5 | Dm9 | G9      Db13/D | Cmaj7/E    Em |
| Don't: Am | Dm | G | E7 |

| bar 5 | bar 6 | bar 7 | bar 8 |
|---|---|---|---|
| Algo:  Am9 | Dm7 | E7/B (2 beats) | Am    G/A |
| Don't: Am | Dm | G      (4 beats) | N.C. |

18.     As shown immediately above and (and later in this report), the chord progressions in the sections at issue in "Algo Diferente" and "Don't Be Shy" embody many differences and few similarities including:

(a)     The harmony in bar 1 in "Algo Diferente" consists of a G5 chord, "no chord" ("N.C.") and an A5 chord.[14]  By way of difference, there is a single Am chord in bar 1 of "Don't Be Shy".

---

Diferente".

[14]     A single upper-case letter denotes a major chord: e.g., "G" denotes a G major chord.  A small "m" following an uppercase letter denotes a minor chord: e.g., "Am" denotes an A minor chord.  "5" following an uppercase letter denotes a two-note chord consisting of the letter name of the chord and a pitch that is the interval of a 5th above the letter name and does not include the 3rd of the chord as in a "G5" chord.  A number 7, 9, or 13 after a chord denotes the addition of a pitch that is respectively the interval of a 7th, 9th, or 13th above the letter name of the chord.  The lowest note of each chord is the letter name of the chord unless it is followed by a "/".  The letter that follows the "/" sign is the lowest note of the chord.  Thus, a "G/A" chord is a G major chord with the pitch A as the lowest note and a "Dm" chord is a D minor chord with the pitch D as the lowest note.  "N.C." denotes "no chord" which simply means that there is no chord played.

(b)     The harmony in bar 2 in "Algo Diferente" consists of a Dm9 chord and the harmony in bar 2 of "Don't Be Shy" consists of a Dm chord.

(c)     The harmony in bar 3 in "Algo Diferente" consists of a G9 chord followed by a Db13/D while, by way of difference, there is a single G chord in bar 3 of "Don't Be Shy".

(d)     The harmony in bar 4 in "Algo Diferente" consists of a Cmaj7/E chord followed by an Em chord, while, by way of difference, there is a single E7 chord in bar 4 of "Don't Be Shy".

(e)     The harmony in bar 5 in "Algo Diferente" consists of an Am9 chord and the harmony in bar 5 of "Don't Be Shy" consists of an Am chord.

(f)     The harmony in bar 6 in "Algo Diferente" consists of a Dm7 chord and the harmony in bar 6 of "Don't Be Shy" consists of a Dm chord.

(g)     The harmony in bar 7 in "Algo Diferente" (which is only 2 beats, not a full 4 beats) consists of an E7/B chord, while, by way of difference, there is a C chord in bar 7 of "Don't Be Shy".

(h)     The harmony in bar 8 in "Algo Diferente" consists of an Am chord followed by a G/A chord, while, by way of difference, there is no chord (N.C.) in bar 8 of "Don't Be Shy".

19.     As demonstrated above, while there is a thin harmonic similarity in the chords in bars 2, 5, and 6 (which, as shown below, was a commonplace use of chords and chord progressions prior to 1998), the chords and chord progressions in the remaining five bars are different in "Algo Diferente" and "Don't Be Shy".

11

The Minimal Harmonic "Similarity" in "Algo Diferente" and "Don't Be Shy" Is a Musical Building Block That Predated "Algo Diferente"

20.     The basic movement of the letter names of most of the chord progressions in both musical works (as charted above) is based on a musical building block termed the "circle of fifths"[15].  For the last three centuries, major and minor keys and scales in Western tonal music have been based on the circle of fifths in which the lowest notes of the chords move down by the interval of a "perfect fifth".  In the sections at issue in "Algo Diferente" and "Don't Be Shy" and specifically in bars 1-2-3 and 5-6, the alleged "similarity" in the chords is based on a generic chord progression consisting of descending perfect fifths: the lowest notes in these chords are A-D-G in bars 1-3 and A-D in bars 5-6 which was in commonplace use prior to "Algo Diferente".  Moreover, even to the extent that both musical works do briefly employ a similar circle of fifths (which, again, is a common and pre-existing musical building block), their respective progressions end very differently, with a G chord in bar 7 of "Don't Be Shy" but with an E7/B chord in bar 7 of "Algo Diferente".

The Harmonic Rhythm in "Algo Diferente" and "Don't Be Shy" Is Different

21.     As defined in paragraph 8b above, harmonic rhythm is the rate of change in chords.  The harmonic rhythm in "Algo Diferente" and "Don't Be Shy" is different as shown in the chord chart above and in transcriptions later in this report: there are at least two chords per bar in bars, 1, 3, 4, 7, and 8 in "Algo Diferente" but there is only one chord per bar in bars 1, 3, 4, 7, and 8 in "Don't Be Shy".  Thus, the harmonic rhythm is different in five out of eight bars and the three bars with the same harmonic rhythm merely consist of a generic one-chord-per-bar harmonic rhythm (which is another musical building block).

22.     In summary, on the basis of my analysis, I found that there are no significant harmonic similarities between "Algo Diferente" and "Don't Be Shy" (and the few similarities are commonplace chord progressions found in prior art), but there are

---

[15]     See "Circle of fifths" in *Harvard* p. 180.

significant harmonic differences, which include significant differences in the chord progressions and harmonic rhythm throughout both musical compositions.  Moreover, when combined with my findings regarding structure, I found that there are no significant structural and/or harmonic similarities, individually or in the aggregate, between "Algo Diferente" and "Don't Be Shy."  When combined with my analysis of prior art below, there is no musicological evidence suggesting that "Don't Be Shy" was copied from "Algo Diferente".

## II(C)   Rhythm

23.     As briefly defined in paragraph 8(c) above, rhythm refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow.

24.     "Algo Diferente" is in 4/4 meter (also known as "common time" which is a musical building block) in which there are 4 quarter-note beats per bar although, significantly, there are several bars of "Algo Diferente" that are in 2/4 meter in which there are 2 quarter-note beats per bar.  By way of difference, the entirety of "Don't Be Shy" is in 4/4 meter, and thus the musical works differ in that respect.

25.     The tempos (i.e., the performance speeds) of "Algo Diferente" and "Don't Be Shy" also are different.  The tempo in "Algo Diferente" is 110 beats per minute (BPM) and the tempo in "Don't Be Shy" is faster at 120 BPM.

The Rhythms in the Instrumental Music Are Different in "Algo Diferente" and "Don't Be Shy"

26.     The rhythms in "Algo Diferente" (which consists wholly of instrumental music and no vocals) and in the underlying instrumental music in "Don't Be Shy" are very different.

27.     The drums and percussion rhythms in "Algo Diferente" and "Don't Be Shy" are very different.  "Algo Diferente" has a complex rhythm pattern played on various

13

percussion instruments, while "Don't Be Shy" is based on relatively simple electronic dance beats.

28.    While some synthesizers in both songs play generic whole-note chords, the rhythms played by other synthesizers in "Algo Diferente" and "Don't Be Shy" are very different: in "Algo Diferente" a string-like synthesizer plays instrumental melodies with off-beat rhythmic accents, while in "Don't Be Shy" synthesizers play repeated rhythms based on eighth and sixteenth notes and not marked by off-beat rhythmic accents.

29.    The rhythms in the bass in "Algo Diferente" and "Don't Be Shy" are very different as well.  The bass in "Algo Diferente" plays a variety of bass rhythms in an improvisatory manner with almost constant rhythmic movement, while the synthesized bass in "Don't Be Shy" plays either sustained whole notes or a largely consistent syncopated rhythmic dance pattern.

30.    In summary, the differences in time signature, tempo, drum rhythms, synthesizer rhythms, and bass rhythms create very different overall rhythmic flows in "Algo Diferente" and "Don't Be Shy".  On the basis of my analysis, I found that there are no significant rhythmic similarities between the instrumental music parts in "Algo Diferente" and "Don't Be Shy", but there are significant rhythmic differences.  Moreover, when combined with my findings regarding structure and harmony, I found that there are no significant structural, harmonic, and/or rhythmic similarities, either individually or in the aggregate, between "Algo Diferente" and "Don't Be Shy" and there is no musicological evidence suggesting that "Don't Be Shy" was copied from "Algo Diferente".

## II(D)   Melody

31.    Melody is briefly defined in paragraph 8(d) above.  While the vocal melody in the Introduction, Chorus, and Post-chorus sections of "Don't Be Shy" has some similarities in sequences of pitches and melodic rhythm with the melody in Sections D1 and D2 in "Algo Diferente," the similarity is musicologically insignificant because, as

14

detailed below, it is a function of, and based on, the insignificant harmonic (musical building block) similarity analyzed above (which predated "Algo Diferente") and because this similarity is found in multiple prior art works.

32.     As transcriptions of the music at issue show below, there are some melodic similarities solely in bars 1-6 of Sections D1 and D2 in "Algo Diferente" and bars 1-6 in the Chorus and Post-chorus of "Don't Be Shy".  However, as noted in the section on Harmony earlier in this report, even in bar 1, the "pickup" melody notes in "Algo Diferente" are <u>not</u> pickup melody notes in "Don't Be Shy".  In "Don't Be Shy", the Introduction and Verse establish that the Am chord (in the key of A minor) falls on bar 1 of each section, not as a melodic pickup.  Thus, by way of difference, bar numbers of corresponding bars are one bar behind in the melody and harmony in the transcription below of "Algo Diferente" as compared to "Don't Be Shy" because the opening notes in "Algo Diferente" are a pickup, but in "Don't Be Shy" they are bar 1.  While this realignment is for the sake of clarity, it does not remove the difference in the melodic phrase structure in these sections at issue between "Algo Diferente" and "Don't Be Shy".

33.     Regardless, any melodic similarity (which is only found at all in Sections D1 and D2 of "Algo Diferente") is a function of, and based on, the insignificant harmonic (musical building block) similarity analyzed above.  But perhaps more importantly, even the limited melodic similarity identified in "Algo Diferente" is found in multiple prior art works which also share the musical building block harmonic similarity as shown in musical examples below consisting of tripartite transcriptions (and analyses) of the melodies at issue in each prior art work, "Algo Diferente", and "Don't Be Shy".  As shown in the tripartite transcriptions below, the melodies at issue consist largely of ascending and descending scales that start with and move through pitches of the chords.

15

<u>Any Melodic and Harmonic Similarity between "Algo Diferente" and "Don't Be Shy" Is Present in Multiple Prior Art Works and After Filtering Out The Commonplace Musical Expression Found In Prior Art, Only Fragmentary and Minimal Expression in "Algo Diferente" Can Be Found in "Don't Be Shy"</u>

34.     The limited melodic and harmonic similarity between "Algo Diferente" and "Don't Be Shy" is present in multiple prior (pre-1998) art works.  As explained above, the melodies and chords in bars 7 and 8 of Sections D1 and D2 in "Algo Diferente" and of the Chorus and Post-chorus[16] in "Don't Be Shy" are <u>significantly different</u> and so I am excluding them from the tripartite transcriptions below (I include below a comparison of bars 7 and 8).  Therefore, in the following tripartite transcriptions and analyses with prior art works, I compare bars 1-6 in "Algo Diferente" and "Don't Be Shy".  However, even without including the significantly different bars 7 and 8, after a filtration process in which notes in "Don't Be Shy" are filtered out that (1) correspond to notes in both "Don't Be Shy" and "Algo Diferente" that are also in the prior art work and/or (2) are not in "Algo Diferente", what remains is only fragmentary and minimal expression in "Don't Be Shy" that can be found in "Algo Diferente" and that is a function of, and based on, an insignificant harmonic (musical building block) similarity.

---

[16]     As shown in the structural chart on page 7 above, the Introduction of "Don't Be Shy" is 4 bars in duration and corresponds to the vocal melody sung in bars 1-4 of the Chorus and Post-chorus.  Thus, the prior art below in bars 1 through 4 is applicable as well to the Introduction of "Don't Be Shy." The Introduction of "Don't Be Shy" does not include bars 7 and 8.

**"Algo Diferente" (Section D1) / "Don't Be Shy" (Chorus)**
**Bars 7-8**



35.     Although my research identified additional prior art works, the following seven (7) prior art works are a representative sample and are presented in chronological order based on their release year.  Tripartite transcriptions consist of the prior art work on the top staff, "Algo Diferente" on the middle staff, and Chorus 1 of "Don't Be Shy" on the bottom staff.  A parallel set of tripartite transcriptions and filtration processes are presented in **Visual Exhibit A** which transcribe Post-chorus 1 of "Don't Be Shy" on the bottom staff.

36.     The tripartite comparative transcriptions and analyses below show that (i) the similarities between "Algo Diferente" and "Don't Be Shy" are present in prior art works and (ii) after the removal of elements in "Algo Diferente" that are (a) in prior art and/or (b) not in "Don't Be Shy", only fragmentary and minimal similarities remain between "Algo Diferente" and "Don't Be Shy".  Each analysis begins with the presentation of the prior art work title, composer or recording artist, release year, and YouTube link or published sheet music.  Next, in a tripartite transcription, shared corresponding notes and chords between the prior art work, "Algo Diferente", and "Don't Be Shy" are highlighted in **blue** while corresponding notes and chords shared between "Algo Diferente" and "Don't Be Shy" but not shared in the prior art work are highlighted in **red**.  The tripartite transcription is followed by an individual transcription of "Don't Be Shy" which shows only the **red** notes in "Don't Be Shy" that correspond to notes in "Algo

17

Diferente" that do not also appear in the prior art work.  Thus, this filtration process culminates with the remaining **red** highlighted notes in the individual transcription of "Don't Be Shy" that are the <u>only</u> notes that correspond to notes in the "Algo Diferente" melody and do not correspond to notes in the prior art work melody.

**Prior Art work #1:**

**"Autumn Leaves" ("Les Feuilles Mortes")**

**Joseph Kosma**

**1947**

The published sheet music in **Visual Exhibit B**.

Original Key of E Minor



**"Autumn Leaves" / "Algo Diferente" / "Don't Be Shy" (Chorus)**





**"Don't Be Shy" (Chorus)**
**Similarities to "Autumn Leaves"**
**and Differences from "Algo Differente"**
**Filtered Out**



37.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes (not including the miniature or "grace" notes) in the "Don't Be Shy" melody, only a sequence of five notes and an isolated sixth note remain that appear in both "Algo Differente" and "Don't Be Shy" which are not also found in the prior art work (and this does not take into account that bars 7 and 8 are different and only two out of eight bars have fragmentary common notes).  Notably, the sequence of five notes that remains is a descending minor scale (F-E-D-C-B) which is a musical building block that has existed in countless musical works for centuries.  Moreover, as shown on page 19 above, chords are similar in bars 2, 3, and 4 between "Autumn Leaves" and "Algo Diferente".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "Autumn Leaves" (as well as "Don't Be Shy").

20

**Prior Art work #2**

**"Io che non vivo (senza te)"**

**Pino Donaggio**

**1964**

https://youtu.be/T9d0_dBXABg?si=IEA-FQAWsATCSFOM

Original Key of G Minor

Converted to 4/4 meter

At 0:17



**"Io che non vivo (senza te)" / "Algo Diferente" / "Don't Be Shy" (Chorus)**





38.    A comparative audio is attached as Track 3 on **Audio Exhibit 1** in which the music at issue in "Io che non vivo (senza te)" is paired with "Algo Diferente" four times.  Track 4 on **Audio Exhibit 1** pairs "Io che non vivo (senza te)" with "Don't Be Shy".  The melodic and harmonic similarity between the prior art work "Io che non vivo (senza te)" and "Algo Diferente" and between "Io che non vivo (senza te)" and "Don't Be Shy" is compellingly shown in these paired comparative audios and adds to the

confirmation that what Plaintiff claims is taken from "Algo Diferente" is found in prior art and is a commonplace musical building block.

**"Don't Be Shy" (Chorus)**
**Similarities to "Io che non vivo (senza te)"**
**and Differences from "Algo Differente"**
**Filtered Out**



39.     As shown in the comparative transcription immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only an isolated note and a 2-note fragment remain in bar 2 and a single isolated note remains in bar 3, a total of 4 fragmented notes in "Don't Be Shy" that also appear in "Algo Diferente" that are not found in the prior art work (and this does not take into account that bars 7 and 8 are different and only two out of eight bars have fragmentary common notes).  Moreover, as shown on page 22 above, chords are similar in bars 1, 2, 3, 4, and 6 between the prior art work "Io che non vivo (senza te)" and "Algo Diferente".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "Io che non vivo (senza te)" (as well as "Don't Be Shy").

**Prior Art work #3**

**"It's Only Love"**

**The Beatles**

**1965**

https://youtu.be/OPiKDHYCkjs?si=YV_jWseOgye_tmz0

Original Key of C Major at 0:32







40.     A comparative audio is attached as Track 5 on **Audio Exhibit 1** in which the music at issue in "It's Only Love" is paired with "Algo Diferente" four times.  Track 6 on **Audio Exhibit 1** pairs "It's Only Love" with "Don't Be Shy".  The melodic and harmonic similarity between the prior art work "It's Only Love" and "Algo Diferente" and between "It's Only Love" and "Don't Be Shy" is (once again) compellingly shown in these paired comparative audios and adds to the confirmation that what Plaintiff claims is taken from "Algo Diferente" is found in prior art and is a commonplace musical building block.

25

**"Don't Be Shy" (Chorus)**

**Similarities to "It's Only Love"**

**and Differences from "Algo Differente"**

**Filtered Out**



41.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a 2-note fragment remains in bar 1, an isolated single note remains in bar 2, a 2-note fragment remains in bar 3, and an isolated single note remains in bar 3, a total of 6 fragmented notes left in "Don't Be Shy" also appear in "Algo Diferente" that are not found in the prior art (and here too, this does not take into account that bars 7 and 8 are different and only three out of eight bars have few and fragmentary common notes).  Moreover, as shown on page 25 above, chords are similar in bars 1, 3, 4, and 5 between the prior art work "It's Only Love" and "Algo Diferente".

**Prior Art work #4**

**"You Don't Have to Say You Love Me"**[17]

**Dusty Springfield**

**1966**

https://youtu.be/bRKMwMHZqos?si=Cfe6CQ-YgeotywtV

Original Key of D Minor

Converted to 4/4 Time

At 0:18



---

[17]     The melody in the mega-hit "You Don't Have to Say You Love Me" performed by Dusty Springfield is based on the melody in "Io che non vivo (senza te)" performed by Pino Donaggio but the lyrics are new (not merely translated from the Italian) in the Dusty Springfield version.

**"You Don't Have to Say You Love Me" / "Algo Diferente" / "Don't Be Shy" (chorus)**



42.     A comparative audio is attached as Track 7 on **Audio Exhibit 1** in which the music at issue in "You Don't Have to Say You Love Me" is paired with "Algo Diferente" four times.  Track 8 on **Audio Exhibit 1** pairs "You Don't Have to Say You Love Me" with "Don't Be Shy".  The melodic and harmonic similarity between "You Don't Have to Say You Love Me" and "Algo Diferente" and between "You Don't Have to Say You Love Me" and "Don't Be Shy" is compellingly shown in these paired comparative audios and further adds to the confirmation that what Plaintiff claims is taken from "Algo Diferente" is found in prior art and is a commonplace musical building block.

28

**"Don't Be Shy" (Chorus)**
**Similarities to "You Don't Have to Say You Love Me"**
**and Differences From "Algo Differente"**
**Filtered Out**



43.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only an isolated note and a 2-note fragment remain in bar 2, and a singled isolated note remains in bar 3, a total of 4 fragmented notes in "Don't Be Shy" also appear in "Algo Diferente" that are not found in the prior art work (and here too, this does not take into account that bars 7 and 8 are different and only two out of eight bars have few and fragmentary common notes).  Moreover, as shown on page 28 above, chords are similar in bars 1, 2, 3, 4, and 6 between "You Don't Have to Say You Love Me" and "Algo Diferente".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "You Don't Have to Say You Love Me" (as well as "Don't Be Shy").

**Prior Art Song #5**

**"Ningú No Compren Ningú"**

**La Trinca**

**1971**

https://youtu.be/UNnNOs_zSts?si=6YHP-bPrnrJ0e0vW

Original Key of Eb Minor, at 0:24



**"Ningú No Compren Ningú" / "Algo Diferente" / "Don't Be Shy" (Chorus)**



30

**"Don't Be Shy" (Chorus)**

**Similarities to "Ningú No Compren Ningú"**

**and Differences from "Algo Differente"**

**Filtered Out**



44.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a fragmented sequence of 3 notes in bar 1, an isolated note in bar 2, a 2-note fragment that ends a melodic phrase in bar 2, and a 4-note fragment in bar 3 remain, a total of 10 fragmented notes in "Don't Be Shy" also appear in "Algo Diferente" that are not found in the prior art work (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have fragmentary common notes).  Moreover, as shown on page 30 above, chords in all six bars (1, 2, 3, 4, 5, 6) are similar between "Ningú No Compren Ningú" and "Algo Diferente".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente", "Ningú No Compren Ningú", and "Don't Be Shy".

31

**Prior Art work #6**

**"Arthur's Theme (Best That You Can Do)"**

**Christopher Cross**

**1981**

https://youtu.be/wJ6zs2WSCjk?si=ajnziofMrBKEbrKy

Original Key of C Major at 0:00



**"Arthur's Theme" / "Algo Diferente" / "Don't Be Shy" (Chorus)**



**"Don't Be Shy" (Chorus)**

**Similarities to "Arthur's Theme"**

**and Differences From "Algo Differente"**

**Filtered Out**



45.    As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only fragmented sequences of 3 notes in bar 1, 2 notes in bar 2, and 3 notes in bar 3 remain, a total of 8 fragmented notes remaining in "Don't Be Shy" that also appear in "Algo Diferente" that are not found in the prior art work (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have few and fragmentary common notes).  Moreover, as shown on page 33 above, chords in bars 2, 3, and 4 are similar between "Arthur's Theme" and "Algo Diferente".

**Prior Art work #7**

**"Vrienden Blijven Doen We Altijd"**

**Willeke Alberti & André van Duin**

**1988**

https://youtu.be/LeX3xYn27Kk?si=JW-DM8-mirH03h8e

Original Key of C Major at 0:53



**"Vrienden Blijven Doen We Altijd" / "Algo Diferente" / "Don't Be Shy" (Chorus)**





**"Don't Be Shy" (Chorus)**
**Similarities to "Vrienden Blijven Doen We Altijd"**
**and Differences from "Algo Differente"**
**Filtered Out**



46.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in prior art and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a fragmented sequence of 3 notes in bar 1, a 2-note fragment that ends a melodic phrase in bar 2, and a 4-note fragment in bar 3 remain, a total of 9 fragmented notes in "Don't Be Shy" also appear in "Algo Diferente" that are not found in the prior art work (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have fragmentary common notes).  Moreover, as shown on page 36 above, chords in bars 2, 3, 4, 5, and 6 are similar between "Vrienden Blijven Doen We Altijd" and "Algo Diferente".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "Vrienden Blijven Doen We Altijd" (as well as "Don't Be Shy").

47.     In summary and as shown above, after filtering out melodic notes and chords in "Don't Be Shy" that (1) correspond to melodic notes and chords in each of seven prior art works and/or (2) are not in "Algo Diferente", only fragmentary and minimal expression remains in "Don't Be Shy" that is also found in "Algo Diferente" and

the majority of the bars in question do not even share the limited and fragmented common notes.  Moreover, as described above, the melodic similarities between "Algo Diferente" and "Don't Be Shy" are a function of, and based on, an insignificant harmonic (musical building block) similarity.

The Melodic and Harmonic Similarity between "Algo Diferente" and "Don't Be Shy" Is Present in Songs That Were Released after 1998 but Before the 2021 Release of "Don't Be Shy" and Only Fragmentary and Minimal Expression Remains in "Don't Be Shy" After a Filtration Process

48.     The melodic and harmonic similarity between "Algo Diferente" and "Don't Be Shy" is present in songs that were released after 1998 but before the 2021 release of "Don't Be Shy".  Analyses of three of those pre-2021 songs are presented below. After a filtration process, only fragmentary and minimal expression remains in "Don't Be Shy".  My point here is not that "Algo Diferente" was copied from any of the pre-existing songs or, obviously, those songs that were created after "Algo Diferente," nor that "Don't Be Shy" was copied from any of the songs that preceded or succeeded "Algo Diferente." Rather, my point is that the prior art that I have referenced shows that the musical elements that Plaintiff and Mr. Viera contend were "plagiarized" (again, which I understand is an improper conclusion for a musicologist to make) are commonplace musical building blocks that have been used in music time and again, before and after "Algo Diferente" and cannot be monopolized by Plaintiff but are freely available to all composers, including the writers of "Don't Be Shy."

49.     As done with the seven prior art analyses above, the analyses of the three related songs immediately below use the Chorus in "Don't Be Shy".  A parallel set of tripartite transcriptions and filtration processes are presented in **Visual Exhibit A** which use Post-chorus 1 of "Don't Be Shy".

38

**Related Song #1**

**"I'll Try Anything Once"**

**The Strokes**

**2006**

https://youtu.be/0RDq5PKcN5g?si=_4JH13VnaFgRh4Z0

Original Key of C Major at 0:28



**"I'll Try Anything Once" / "Algo Diferente" / "Don't Be Shy" (Chorus)**



**"Don't Be Shy" (Chorus)**
**Similarities to "I'll Try Anything Once"**
**and Differences from "Algo Differente"**
**Filtered Out**



50.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in this other work and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a fragmented sequence of 2 notes in bar 1, an isolated single note at the end of bar 1, and a 4-note fragment in bar 3 remain, a total of 7 fragmented notes that is also found in "Algo Diferente" (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have fragmentary common notes).  Moreover, as shown on page 40 above, chords in bars 2, 3, 4, and 6 are similar between "I'll Try Anything Once" and "Don't Be Shy".

**Related Song #2**

**"Primadonna"**

**Marina and the Diamonds**

**2012**

https://youtu.be/BNanOoIofq0?si=2q-1598Exy_8lqS0

Original Key of G Major at 0:15



**"Primadonna" / "Algo Diferente" / "Don't Be Shy" (Chorus)**



51.     A comparative audio is attached as Track 9 on **Audio Exhibit 1** in which the music at issue in "Primadonna" is paired with "Don't Be Shy" four times.  The melodic and harmonic similarity between "Primadonna" and "Don't Be Shy" is obvious.

43

**"Don't Be Shy" (Chorus)**

**Similarities to "Primadonna"**

**and Differences from "Algo Diferente"**

**Filtered Out**



52.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in this other work and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a fragmented sequence of 2 notes in bar 1, an isolated single note in bar 2, a 2-note fragment in bar 3, and an isolated note in bar 3 remain, a total of 6 fragmented notes remaining that is also found in "Algo Diferente" (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have few and fragmentary common notes).  Moreover, as shown on page 43 above, chords in all six bars (1, 2, 3, 4, 5, and 6) are similar between "Primadonna" and "Don't Be Shy".  The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "Primadonna" (as well as "Don't Be Shy").

**Related Song #3**

**"Feel This Moment"**

**Pitbull**

**2013**

https://youtu.be/1-fCTnIdHK8?si=BgyQ3ePksj9A4anY

Original Key of G Major at 0:14



**"Feel This Moment" / "Algo Diferente" / "Don't Be Shy" (Chorus)**



**"Don't Be Shy" (Chorus)**

**Similarities to "Feel This Moment"**

**and Differences from "Algo Differente"**

**Filtered Out**



53.     As shown in the transcriptions immediately above, after the filtration process of backing out the melodic notes and chords that appear in "Don't Be Shy" and also appear in this other work and/or are not in "Algo Diferente, out of a total of 31 notes in the "Don't Be Shy" melody, only a fragmented sequence of 3 notes in bar 1, an isolated single note at the end of bar 1, and a 4-note fragment in bar 3 remain, a total of 8 fragmented notes remaining that is also found in "Algo Diferente" (again, this does not take into account that bars 7 and 8 are different and only three bars out of a total of eight bars have fragmentary common notes).  Moreover, as shown on page 46 above, chords in bars 2, 3, and 6 are similar between "Feel This Moment" and "Don't Be Shy". The use of such a common chord progression explains the harmonic similarities between these portions of "Algo Diferente" and "Feel This Moment" (as well as "Don't Be Shy").

54.     Thus, respective analyses in which notes and chords in "Don't Be Shy" are filtered out that (1) correspond to melodic notes and chords in each of seven prior art works and in three post-1998 related songs and/or (2) are not in "Algo Diferente" demonstrate that what remains is not what can be called a coherent "melody" but only the fragmentary and minimal commonplace notes and chords that remain in "Don't Be Shy" that also appear in "Algo Diferente".

47

55.     As shown above, once one examines prior art and filters out commonplace musical building blocks that pre-existed "Algo Diferente, there are no significant melodic similarities between "Algo Diferente" and "Don't Be Shy".  The only melodic similarity is found in Section D1 and D2 of "Algo Diferente" and that similarity is a function of, and based on, the insignificant harmonic (musical building block) similarity analyzed in the section on harmony earlier in this report.  Moreover, any melodic similarity, which, after filtering out the commonplace musical building blocks found in no less than seven prior art works (which pre-date "Algo Diferente") and are also found in works created between "Algo Diferente" and "Don't Be Shy," which also share the same musical building block harmonic similarities, consists only of fragmented notes that is not sufficient to even call a coherent "melody".

56.     In summary, on the basis of my analysis, I found that there are no significant melodic similarities between "Algo Diferente" and "Don't Be Shy".  Moreover, when combined with my findings regarding structure, harmony, and rhythm, I found that there are no significant structural, harmonic, rhythmic, and/or melodic similarities, individually or in the aggregate, between "Algo Diferente" and "Don't Be Shy".  Based on my analysis of the differences and insignificant similarities between "Algo Diferente" and "Don't Be Shy," and taking into account the fact that almost all of the alleged similarities are commonplace musical building blocks that appear in prior art, there is no musicological evidence that suggests that "Don't Be Shy" was copied from "Algo Diferente".  The use of pre-existing commonplace musical building blocks, that are freely available to all musical authors, including Plaintiff and the defendant writers, provides no evidence of copying.  As I have said, Mr. Viera's failure to examine prior art renders his report fatally flawed.

**II(E)   "Algo Diferente" and "Don't Be Shy" in their Entirety**

57.     "Algo Diferente" and "Don't Be Shy" are very different songs in their entirety.  Significant differences include the following:

• "Don't Be Shy" contains vocals and lyrics, while "Algo Diferente" does not.

- "Don't Be Shy" is performed using electronic instruments, while "Algo Diferente" is performed using mainly acoustic instruments.

- "Don't Be Shy" is in a minor key, while "Algo Diferente" switches between major and minor keys.

- The performance in "Algo Diferente" is consistent with Latin jazz conventions, including instrumental improvisation, while the performance in "Don't Be Shy" is consistent with electronic dance-pop conventions and does not include instrumental improvisation.

- There are bars in 4/4 time and 2/4 in "Algo Diferente", but there are only bars in 4/4 time in "Don't Be Shy" (and 4/4 time is a musical building block).

- The melody in "Don't Be Shy" is diatonic (containing only notes occurring naturally within the key signature), while the melody in "Algo Diferente" contains notes that are outside of the key signature.

- "Algo Diferente" contains a variety of unrelated chord progressions, while "Don't Be Shy" contains one basic chord progression with slight variations.

- "Algo Diferente" contains complex jazz chords, while "Don't Be Shy" contains only open fifth chords (e.g., E5), triads (3-note chords), and seventh chords.

### III.    RESPONSE TO THE RICHIE VIERA REPORT

58.    The report of Richie Viera dated August 22, 2023 (the "Viera Report"), is deeply flawed.  It contains numerous errors, is at times muddled, and is fatally undermined by its failure to consider prior art.  A response to the musicological analysis on pages 20-36 of the Viera Report is immediately below.  Quotations from the Viera Report are in *italics* and are followed by my responses.

> *"When inspiration arrives, it is unique, personal, and irreplaceable in its form, content, and melody.  From this, we assert that any similarity that arises in its entirety is simply plagiarism, a copy, theft, usurpation of the rights of the copyright holder, or a violation of copyright."*  [Viera, p. 20]

59.    First, as shown above, in their "entirety", "Algo Diferente" and "Don't Be Shy" are very different compositions.  Second, any given musical work is created in the

49

context of preceding works and uses common musical devices and ideas that are available to any composer. Indeed, as shown above in the prior (and subsequent) art, many composers have used a common circle of fifths chord progression and similar melodies that grow out of that musical building block chord progression. Thus, similarities between musical compositions are inevitable and commonplace. Moreover, the Viera Report's uses "copyright" as a legal term outside the purview of a musicological analysis. I would also note that Mr. Viera offers conclusions that I understand are for the trier of fact to make (stating that certain similarities are "plagiarism, a copy, theft, usurpation of the rights of the copyright holder, or a violation of copyright"). In that regard, the Viera Report fails to acknowledge that similarities may arise even when works are independently created and no copying has in fact occurred.

> *"In this eight-measure musical staff, which constitutes a cyclic pattern, there is a (1) whole note rest followed by five (5) figures in the following order: [Whole note rest, quarter note, quarter note, whole notes, dotted quarter note and eighth note], and these figures repeat several times."* [Viera, pp. 20-21]

60. The section titled "Rhythmic Plane" on pages 20-21 merely identifies a similarity in <u>melodic</u> rhythm (<u>e.g.</u>, the rhythmic durations of the melody notes) in five notes that are repeated in both songs. This section of the Viera Report does not identify any significant rhythmic similarities between "Algo Diferente" and "Don't Be Shy".

61. The transcriptions in the Viera Report have doubled note values in comparison to my own transcriptions. Even so, Mr. Viera misidentifies half rests and half notes based on his own transcriptions as "whole note rest[s]" and "whole note[s]".

62. Furthermore, the Viera Report's transcription on page 21 is of "Algo Diferente" only; it is not a comparative transcription.

> *"[T]he progression of chords by perfect fourth intervals is very noticeable (quite common in music in general)…."* [Viera, p. 21]

50

63.    Mr. Viera identifies the relationship between the chords at issue as "perfect fourth intervals".  This is equivalent to my analysis of the "circle of fifths" identified above.  (Mr. Viera counts the intervals <u>upward</u> in fourths instead of <u>downward</u> in fifths.) As he concedes, this progression is "quite common".

64.    There are several errors in the chord symbols notated in the transcription on page 22 of the Viera Report:

- The first chord in bar 1 of "Algo Diferente" should be C5.
- The chord in bars 3-4 of "Algo Diferente" should be Gm9.
- The chord in bars 5-6 of "Algo Diferente" should be C9.
- There should be a Gb13/G chord at the end of bar 6.
- The Fmaj7 chord in bar 7 should have A in the bass ("Fmaj7/A").
- The chord in bars 3-4 of "Don't Be Shy" should be Em.
- The chord in bars 5-6 of "Don't Be Shy" should be A.
- The chord in bar 7 of "Don't Be Shy" should be D7.

Thus, while Mr. Viera's transcriptions show every chord in "Algo Diferente" and "Don't Be Shy" as identical (when transposed to the same key), the chords are actually different in most of the 8 bars at issue as shown in my report above and his conclusion that the chords are identical is due to his errors.

> *"Here we encounter two (2) distinct themes which, within their formal structure or song divisions (e.g., Verse-Chorus structure), share the same eight (8) measure melody, in this case, in the chorus of the song."* [Viera, p. 22]

65.    As shown by Mr. Viera's own transcriptions on page 23, the melodies at issue are not "the same".  "Algo Diferente", which has no lyrics and is thus not a traditional "song", does not have a "Verse-Chorus structure" or a "chorus".  Moreover, inferring from the chord symbols used in Mr. Viera's transcription, the excerpted portion of melody in "Don't Be Shy" is from the Post-chorus, not the Chorus.

> *"In measure #2 of theme B: 'DON'T BE SHY,' the composer employs an ascending major third interval on the third beat, as opposed to the descending minor third interval on the third beat of theme A: 'ALGO DIFERENTE.'  A slight directional alteration of the note succession can change the expressive color of the melody but not its essential nature."* [Viera, p. 23]

66.     The difference between an <u>ascending</u> <u>major</u> third and a <u>descending</u> <u>minor</u> third is not "slight".  Rather, it is a significant melodic difference.  Furthermore, the vague terms "expressive color" and "essential nature" have no musicological definition, so distinguishing between them is not useful for purposes of empirically verifiable musicological analysis.

> *"In this case, the melody undergoes an intervallic alteration of a minor third below, appearing more like a harmonization of the original melody rather than a variation of it."* [Viera, p. 23]

67.     The characterization of the last six notes of the melody in "Don't Be Shy" as an "alteration" or "harmonization" of the corresponding (different) notes in "Algo Diferente" assumes, without any basis for such conclusion, that the "Don't Be Shy" melody grew out of "Algo Diferente".  However, a more objectively sound explanation is that the last six notes in "Don't Be Shy" simply follow the pattern established in the preceding phrase by starting on the third of the accompanying chord (D), repeating that note, and descending scalewise as shown in the musical example below.

52

**"Don't Be Shy" (Post-chorus 1)**



68.     Mr. Viera's convoluted, unsupported conclusion that the last six notes in "Don't Be Shy" represent a "harmonization" of the corresponding notes in "Algo Diferente" ignores the important fact that the letter names and scale degrees of these six-note sequences in "Algo Diferente" and "Don't Be Shy" are completely different as transcribed by Viera.

> *"'Don't Be Shy' was transcribed onto the musical staff in the same original Key as the composition 'Algo Diferente.' In other words, the plagiarism done to 'Algo Diferente' through 'Don't Be Shy' was executed using the same Key.  Note that 'Algo Diferente' was plagiarized by 'Don't Be Shy' using the same Key."* [Viera, p. 25]

69.     The meaning of the above is unclear.  Mr. Viera again concludes "plagiarism", for which there is no evidence (and again, it is my understanding that is not the province of musicological experts to offer ultimate conclusions regarding "plagiarism").  Regardless, Mr. Viera is also wrong.  "Algo Diferente" and "Don't Be Shy" are clearly recorded in different keys, not "the same Key".  While Mr. Viera may have transcribed both songs in D minor (presumably to facilitate a comparison of the melodies), there can be no dispute that "Don't Be Shy" is recorded in the key of B minor, a different key.

53

> *"The similarity between melodies can be found in various musical elements, such as note sequences, rhythm, harmonic structure, and other aspects."* [Viera, p. 26]

70.     While "note sequences" and (melodic) "rhythm" are characteristics of melody, (1) "harmonic structure" is not part of the melody and (2) any harmonic similarity is the musical building block "circle of fifths".  Moreover, as shown above in the affirmative section of this report, after a filtration process, only minimal melodic fragments, not a coherent melody, and few chords remain in "Don't Be Shy" that also appear in "Algo Diferente" that are not found in prior art.

71.     The first six paragraphs on page 27 of the Viera Report are unclear. These paragraphs seem to be arguing that a similar melodic rhythm is used repeatedly in both "Algo Diferente" and "Don't Be Shy".  However and again, as shown above, after a filtration process, only melodic fragments, not a coherent melody, remain in "Don't Be Shy" that appear in "Algo Diferente".  The Viera Report is deeply flawed by its failure to consider prior art and to filter out commonplace melodic similarities that exist in prior art.

> *"The rhythm is the same in both 'Algo Diferente' and 'Don't Be Shy.'"* [Viera, p. 27]

72.     First, Mr. Viera is referring to the melodic rhythm, not the underlying rhythm which, as analyzed in the affirmative section of this report, is significantly different in "Algo Diferente" and "Don't Be Shy".  Second, the claim that the melodic rhythm is "the same" is not accurate.  While there are similarities in melodic rhythm between "Algo Diferente" and "Don't Be Shy", there are also significant differences. This is shown on page 28 of the Viera Report's own transcription of "Algo Diferente", in which bars 13-16 contain a melodic rhythm that is <u>not</u> even remotely found in "Don't Be Shy".  Third, as discussed above, by omitting the E at the end of bar 6 of "Don't Be Shy" and the F# on the downbeat of bar 7, Mr. Viera's transcriptions ignore a difference in melodic rhythm.  Fourth, outside of the melodies at issue (which, as shown above in my report, appear in prior art and after filtering out prior art, only a few fragmentary notes

remain, which do not form a coherent melody), both songs contain other melodies that are significantly different and not at all similar.

> *"For example, if a musical composition is in the key of C major, the chords used will be based on the notes of the C major scale, such as C, D, E, F, G, A, and B."* [Viera, p. 29]

73.     While not directly relevant to an analysis of "Algo DIferente" or "Don't Be Shy" this statement is wrong.  First, the chords that occur naturally in the key of C major are C, Dm, Em, F, G, Am, and Bdim.  Second, it is very common for chords to be based on notes that do not occur naturally in the key of the song.

> *"The harmony is the same in the corresponding key in both 'Algo Diferente' and 'Don't Be Shy.'"* [Viera, p. 29]

74.     The claim that the harmony is "the same" is demonstrably wrong.  As shown in the charts on page 10 above and in the tripartite transcriptions above, there are several differences between the chords in "Algo Diferente" and "Don't Be Shy".  These differences are obscured by the incorrect chord symbols used throughout the Viera Report.

> *"Karol G…hums the work 'Algo Diferente' in the plagiarized piece titled 'Don't Be Shy'."* [Viera, p. 30]

75.     As evidenced by significant melodic differences and the occurrence of similar melodies in prior art, this claim is groundless.  Indeed, as shown earlier in this report, the sung melody in "Don't Be Shy" is not a repetition or an interpolation of "Algo Diferente" and similarities and musical building blocks are found in prior art.  And again, Mr. Viera veers into ultimate conclusions, which I understand is outside the proper scope of an expert's report.

76.     The first four paragraphs on page 31 of the Viera Report are musicologically vacuous and not relevant to the question of copying.

77.     Since there are no lyrical similarities ("Algo Diferente" has no lyrics), it seems that the purpose of transcribing the lyrics of "Don't Be Shy" on pages 31-33 of the Viera Report is to show where and how many times the melodies at issue occur within the structure of the song.  This exercise does not establish copying.  Rather, it merely identifies the portions of "Don't Be Shy" that Mr. Viera places in issue.

78.     The purpose of the subsequent 7 paragraphs on pages 33-34 seem to be to establish that the melodies at issue in both songs represent the "hook".  While I agree that the melodies at issue are the primary melodic hook in both works, I disagree that this is in any way evidence of copying.  Whether the melodies at issue are the "hook" or not does not cut against the fact that the claimed melodic similarities are found in prior art and after a filtration process, only minimal melodic fragments remain in the melody of "Don't Be Shy" that may be found in "Algo Diferente" that are not also found in prior art.  Again, among the many flaws in Mr. Viera's report (including his errors in transcription and misidentification of chords), by failing to consider and search for prior art, Mr. Viera's report is fatally flawed.

79.     The "TRANSPOSITION" section on pages 34-35 simply attempts to explain the process and purpose of transposing two songs to the same key to facilitate a comparison.  Transposition in music is a centuries-old musical building block.

> *"In summary, I am certifying how in…"Don't Be Shy," the part that would typically be played by instruments is being interpreted by the voice of the singer…, who is humming the melody using non-verbal syllables."* [Viera, p. 36]

80.     While it is unclear, Mr. Viera seems to be arguing that Karol G's use of "non-verbal syllables" (e.g., "la la la la la") is evidence that the instrumental melody in "Algo Diferente" was copied.  The use of non-verbal syllables is commonplace in pop music and is in no way indicative or evidence of the copying of any instrumental melody from "Algo Diferente".

56

81.     The "BINARY METER" section on page 36 seems to be an attempt to explain that "Algo Diferente" is in **2/4** meter.  However, Mr. Viera's own transcriptions of "Algo Diferente" are in "cut time" or **2/2** meter.  Regardless of this internal inconsistency, this information has no direct bearing on the question of copying nor does it provide any evidence that any purported similarities are significant.

82.     Other than the concession that circle-of-fifths chord progressions are "common", the existence of prior art is never considered in the Viera Report.  As I have said previously, this is a fatal omission, because, as shown in detail above in the affirmative section of this report, virtually all of the claimed harmonic similarities and melodic similarities appear in prior and related art.  The existence of prior and related art, which requires the removal of those commonplace elements so that only the remaining elements are compared, renders Mr. Viera's conclusion that the limited remaining and fragmented similarities between "Don't Be Shy" and "Algo Diferente" can only be explained by copying untenable and instead shows that both works were composed using commonplace and widely available elements.

83.     In summary, the Viera Report fails because:

- it proceeds from the false assumption that any similarities between two musical works are necessarily due to copying;
- its arguments are based on erroneous transcriptions;
- it concedes that the allegedly similar harmonic elements of "Algo Diferente" and "Don't Be Shy" are "quite common" but nonetheless inconsistently finds that these "quite common" similar elements are evidence of copying;
- it emphasizes alleged melodic similarities (ignoring that most of the alleged similarities appear in musical works that pre-existed "Algo Diferente") while downplaying and/or omitting melodic differences;
- it illogically and groundlessly finds that "non-verbal syllables" in "Don't Be Shy" are evidence that an instrumental melody in "Algo Differente" has been copied; and

- it omits any consideration of prior art, a failure that makes all of its conclusions about copying baseless because consideration of prior art is essential to any musicological analysis of alleged similarities between two works.

## IV. CONCLUSIONS

84.     As explained and analyzed above, on the basis of my musicological research and analysis, it is my professional opinion that there are no significant structural, harmonic, rhythmic, or melodic similarities, individually or in the aggregate, between "Algo Diferente" and "Don't Be Shy".

(a)     The structures in "Algo Diferente" and "Don't Be Shy" are very different.

(b)     Any harmonic similarity is a commonplace musical building block and most of the harmony throughout "Algo Diferente" is different from the harmony in "Don't Be Shy".

(c)     The overall rhythms in "Algo Diferente" and "Don't Be Shy" are different.

(d)     Any melodic similarity is insignificant because: (1) it is a function of, and based on, an insignificant harmonic (musical building block) similarity, (2) it is found in prior art works, and (3) the overall melodies throughout the majority of "Algo Diferente" are very different from the melodies in "Don't Be Shy".

(e)     "Algo Diferente" and "Don't Be Shy" in their entireties are very different compositions.

(f)     Any similarities between "Algo Diferente" and "Don't Be Shy" were in common use prior to "Algo Diferente" and comprise commonplace musical expression.  As a result, there is no

58

musicological evidence that any expression in "Don't Be Shy" was copied from "Algo Diferente".

85.    The Viera Report fails because:

- it proceeds from the false assumption that any similarities between two musical works are necessarily due to copying;

- its arguments are based on erroneous transcriptions;

- it concedes that the allegedly similar harmonic elements of "Algo Diferente" and "Don't Be Shy" are "quite common" but nonetheless inconsistently finds that these "quite common" similar elements are evidence of copying;

- it emphasizes alleged melodic similarities (ignoring that most of the alleged similarities appear in musical works that pre-existed "Algo Diferente") while downplaying and/or omitting melodic differences;

- it illogically and groundlessly finds that "non-verbal syllables" in "Don't Be Shy" are evidence that an instrumental melody in "Algo Differente" has been copied; and

- it omits any consideration of prior art, a failure that makes all of its conclusions about copying baseless because consideration of prior art is essential to any musicological analysis of alleged similarities between two works.

Respectfully submitted,

March 2, 2025                                      By:    Lawrence Ferrara, Ph.D.

For:    Lawrence Ferrara, Inc.

59

**(BY) LAWRENCE FERRARA, Ph.D.**
**(FOR) LAWRENCE FERRARA, INC.**

**REBUTTAL REPORT IN RESPONSE TO AMENDED REPORT OF RICHARD A. VIERA CINTRO (A/K/A RICHIE VIERA) REGARDING**

***Lorente v. Karol G et al.***

## I.      INTRODUCTION AND SUMMARY

1.      As stated in my report dated March 2, 2025, I am a musicologist on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School.  I have written and co-written published books and peer-reviewed journal articles regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I am a long-standing member of two editorial boards of peer-reviewed journals in music respectively published by Indiana University Press and University of Illinois Press.  I have been an active music copyright consultant for record, music publishing, and motion picture companies, and artists and other individuals in the United States and abroad for more than 25 years, and I have given testimony at landmark trials such as on behalf of Andrew Lloyd Webber in *Repp v. Webber* (1998, *The Phantom of the Opera*), on behalf of Led Zeppelin in *Skidmore v. Led Zeppelin* (2016, "Stairway to Heaven"), and on behalf of Ed Sheeran in *Griffin v. Sheeran* (2023, "Thinking Out Loud") to name only three.  I have given invited lectures on music copyright at Harvard University Law School in each of the last fifteen years, at Columbia University Law School over a period of fifteen years, at other law schools, and for companies (such as Netflix and others) and organizations (such as the American College of Trial Lawyers, the Los Angeles Copyright Society, and others).  I have also presented several peer-reviewed papers regarding music copyright at meetings of the American Musicological Society GNY.  I have given many panel presentations for organizations such as the Copyright Society of the United States and others.  My *curriculum vitae* and Rule 26 disclosure are attached to my March 2, 2025 report as **Appendix 1** and remain correct as of today's date.

2.      At pages 49-59 of my March 2, 2025 report, I provided a response to the musicology sections of the report of Mr. Viera that was attached to the Second Amended Complaint in this action ("SAC").  In particular, I addressed pages 20-36 of the report of Mr. Viera that was attached to the SAC.

3.      I have now been provided with a copy of what has been identified as Mr. Viera's "amended report", which I am informed was served on counsel for the defendants on March 3, 2025 and which was, in turn, provided to me (the "Amended Report").  I have examined the Amended Report and there are no substantive changes that Mr. Viera has made in the Amended Report to pages 20-36 of his original report that was attached to the SAC.

4.      Accordingly, the analyses and findings in my report of March 2, 2025, including my responses on pages 49-59 thereof, to the original report of Mr. Viera that was attached to the SAC are unchanged and apply to his Amended Report.  All of the flaws, errors and omissions of Mr. Viera's original report that I identified in my March 2, 2025 report remain in his Amended Report and the conclusions in my March 2, 2025 report remain unchanged in response to his Amended Report.

Respectfully submitted,

March 11, 2025                          By:   Lawrence Ferrara, Ph.D.

                                        For:   Lawrence Ferrara, Inc.

## APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

1

**<u>Selected Professional Activities</u>**

Cambridge,
Mass:        Feb 2025, invited lecture on music copyright at Harvard University Law
             School, class on Music and Media Law, via Zoom

Cambridge,
Mass:        2024, invited lecture on music copyright at Harvard University Law School,
             class on Music and Media Law, via Zoom

Nashville    2024, invited CLE lecture on music copyright litigation and the role of
             musicology at the National Meeting of the American College of Trial
             Lawyers via Zoom

New York:    2023, American Musicological Society GNY, participation on a panel and
             presentation regarding AI and musicology, panel members were from the
             West Coast, NY, and the U.K.  The international audience was from LA to
             Berlin.

Los Angeles: 2023, The Los Angles Intellectual Property Law Association, participation
             on a panel regarding music copyright, via Zoom

New York:    2023, American Musicological Society GNY, peer-reviewed presentation
             regarding Music Copyright Litigation and Musicology, in person at Wagner
             College

AMS, Zoom:   2023, 2-week American Musicological Society Teaching Music History
             Conference, June 16, 20-23 and 26-30, attended more
             than twenty presentations via Zoom with participants from around the
             world

Cambridge,
Mass:        2023, invited lecture on music copyright at Harvard University Law School,
             class on Music and Media Law, via Zoom

Cambridge,
Mass:        2022, invited lecture on music copyright at Harvard University Law School,
             class on Music and Media Law, via Zoom

2

Los Angeles: 2022, invited CLE lecture on music copyright for members of the Los Angeles Copyright Society via Zoom

Los Angeles: 2021, invited CLE lecture on music copyright for lawyers at Netflix via Zoom

Cambridge, Mass: 2021, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

New York: 2021, participation on a panel regarding curricular development in musicology, American Musicological Society GNY, via Zoom

New York: 2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered via Zoom

Cambridge, Mass: 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University

Cambridge, Mass: 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright

New York: 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology

3

New York:     2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University (April)

New York:     2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass:     2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:     2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology (January)

Los Angeles, California     2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York:     2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York:     2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York:     2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge, Mass:     2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:     2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge, Mass:     2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

4

| | |
|---|---|
| New York: | 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century |
| Cambridge, Mass: | 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims |
| New York: | 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond |
| Cambridge, Mass: | 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber* |
| New York: | 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| Sweden: | 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright |

5

| | |
|---|---|
| Cambridge, Mass: | 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter |
| New York: | 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Montclair, NJ: | 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University |
| New York: | 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City |
| New York: | 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Ireland: | 2007, interviewed on Irish radio regarding music copyright |
| New York: | 2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland |
| New York: | 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright |
| New York: | 2006, invited panelist at the Remix Conference regarding music copyright |
| New York: | 2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright |
| New York: | 2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New |

6

York Philharmonic

Washington
    D.C.:    2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

New York:    2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge,
Mass.:    2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property

New York:    2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los
Angeles:    2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event also featuring a presentation by the President of NYU

Orlando:    2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event

Hawaii:    2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway:    2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo

New York:    2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context."

Italy:    Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music

7

As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master Recordings and Musique international, and performed for musical theatre shows, accompanist to internationally acclaimed singers, as a session pianist in pop styles, and as leader of my own dance band.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011.  Currently on the full-time faculty in music theory, music history, and screen scoring.

A longstanding member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## **Awards**

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Co-PI, Federal Grant for Research |
| 1989 | Co-PI, Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996). |

## **Membership in Professional Organizations**

American Musicological Society

Society for Music Theory

## Publications: Books

Ferrara, Lawrence

*Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991

Ferrara, Lawrence and Kathryn E. Ferrara

*Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986

Phelps, Roger, Lawrence Ferrara and Thomas Goolsby

*A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993

Phelps, Roger, Lawrence Ferrara, *et al*

*A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005

## Courses Taught at NYU

Aesthetic Foundations of the Arts:     for Ph.D. students

Aesthetic Inquiry:     for Ph.D. students

Arts Heritage and Criticism:     for M.M. students

Classic Era Music, Analysis:     for M.M. students

Contemporary Music, Analysis:     for M.M. and Ph.D. students

Dissertation Proposal Seminar:     for Ph.D. students

Keyboard Harmony and Improvisation:     for B.M. students

Music Copyright, Landmark Cases:     for B.M. students

Music Criticism:     for M.M. students
Music History III, 19th Century:     for B.M. students

Music History IV, 20th & 21st Century:     for B.M. students

9

Music Performance Practices:          for M.M. students

Music Reference & Research Methods:  for M.M. and Ph.D. students

Music Theory and Analysis:              for B.M. students

Seminar in Music Theory & Analysis:    for M.M. and Ph.D. students

## **Music Copyright**

A music expert in music copyright issues for more than twenty-five years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

An invited guest lecturer in music copyright in classes at Columbia University Law School (approximately 10 presentations over a period of 15 years) and Harvard University Law School (15 consecutive annual presentations through 2025)

A panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a presenter for conferences and meetings regarding music copyright for CLE credits at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in 2017, Davis Wright Tremaine (NY) in 2019, Netflix in 2021, the Los Angeles Copyright Society in 2022, the Los Angeles Intellectual Property Law Association in 2023, and the American College of Trial Lawyers in 2024

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, 2019 and 2023

## **Deposition and/or Trial Testimony Since 2016**

(1) Copeland v. Bieber *et al.* in 2016

10

(2) <u>Skidmore v. Led Zeppelin</u> *et al.* in 2016

(3) <u>Gray, *et al.* v. Perry, *et al.*</u> in 2018

(4) <u>Gray, *et al.* v. Perry, *et al.*</u> in 2019

(5) <u>Hall *et al.* v. Swift, *et al.*</u> in 2021

(6) <u>Ambrosetti v. OCP & Farrell, *et al.*</u> in 2022

(7) <u>Brunson v. Capitol CMG, Inc., *et al.*</u> in 2022

(8) <u>Sound and Color, LLC v. Smith *et al.*</u> in 2023

(9) <u>Griffin v. Sheeran, *et al.*</u> in 2023

(10) <u>Larball v. Dua Lipa, *et al.*</u> in 2024

(11) <u>Stone v. Carey, *et al.*</u> in 2024

**<u>Fee rates for Professional Services in 2025</u>**

$575 per hour plus travel-related time and expenses

# VISUAL

# EXHIBIT A

1

### "Autumn Leaves" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)





**"Don't Be Shy" (Post-chorus)**

**Similarities to "Autumn Leaves"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"Io che non vivo (senza te)" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**





4

**"Don't Be Shy" (Post-chorus)**

**Similarities to "Io che non vivo (senza te)"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"It's Only Love" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**



**"Don't Be Shy" (Post-chorus)**

**Similarities to "It's Only Love"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"You Don't Have to Say You Love Me / Algo Diferente / Don't Be Shy (Post-chorus)**





**"Don't Be Shy" (Post-chorus)**

**Similarities to "You Don't Have to Say You Love Me"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"Ningú No Compren Ningú" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**





10

**"Don't Be Shy" (Post-chorus)**

**Similarities to "Ningú No Compren Ningú"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"Arthur's Theme" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**



**"Don't Be Shy" (Post-chorus)**

**Similarities to "Arthur's Theme"**

**and Differences From "Algo Differente"**

**Filtered Out**



## "Vrienden Blijven Doen We Altijd" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)





**"Don't Be Shy" (Post-chorus)**

**Similarities to "Vrienden Blijven Doen We Altijd"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"I'll Try Anything Once" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**



**"Don't Be Shy" (Post-chorus)**

**Similarities to "I'll Try Anything Once"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"Primadonna" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**





**"Don't Be Shy" (Post-chorus)**

**Similarities to "Primadonna"**

**and Differences From "Algo Differente"**

**Filtered Out**



**"Feel This Moment" / "Algo Diferente" / "Don't Be Shy" (Post-chorus)**



**"Don't Be Shy" (Post-chorus)**

**Similarities to "Feel This Moment"**

**and Differences From "Algo Differente"**

**Filtered Out**



# VISUAL

# EXHIBIT B

## AU PRIVAVE

© 1956 ATLANTIC MUSIC CORP.
© Renewed 1985 ATLANTIC MUSIC CORP.

By Charlie Parker



## AUTUMN LEAVES
## (LES FEUILLES MORTES)

© 1947, 1950, 1987 ENOCH ET CIE
© Renewed 1975, 1978 ENOCH ET CIE
Sole Selling Agent for U.S.A. (including its territories and possessions)
and Dominion of Canada: MORLEY MUSIC CO., by arrangement with Enoch Et Cie
International Copyright Secured.  All Rights Reserved.

English Lyric by Johnny Mercer
French Lyric by Jacques Prevert
Music by Joseph Kosma



## BABY, WON'T YOU PLEASE COME HOME

© Copyright 1919 by MCA MUSIC PUBLISHING, A Division of MCA INC., New York, NY
Copyright Renewed
© 1980 Great Standards Music Publishing Company pursuant to sections
304(c) and 401(b) of the U.S. Copyright Act

Words and Music by Charles Warfield and Clarence Williams

