UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23066-CIV-ALTONAGA/Reid

**RENE LORENTE-GARCIA**,

    Plaintiff,
v.

**CAROLINA GIRALDO-NAVARRO**,
*et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the Court's Order [ECF No. 156] granting Defendants, Carolina Giraldo-Navarro, Tijs Michiel Verwest, Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Sony Music Publishing (US) LLC, and Warner Records Inc.'s Motion for Summary Judgment [ECF No. 107] against Plaintiff, Rene Lorente-Garcia, it is **ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendants. No motion for costs may be filed until after any appeal is concluded.

**DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record